United States District Court
District of Connecticut

FILED
2003 OCT 20  P 4:36

James McKinnon            Case 3:02CV2305)(WWE)(HBF)
  100770
  Plaintiff
                                October 15, 2003
V.

Robert Trestman, Et al
Helen Dorsey

Defendants' Individual Capacity

Motion To respon To Ruling
also order from October 2, 003

1. Plaintiff James McKinnon understand the Court order to dismiss motion for extention of time; because plaintiff has responded to defendent June 4, 2003 motion to dismiss; plaintiff also consider's this motion moot.

By x /s/ James Lee McKinnon
James Lee McKinnon Pro se
900 Highland Avenue
Cheshire Connecticut
06410

2. Plaintiff has refile a motion To amend a Second amended Complaint that's attached to the proposed Second amended Complaint.

3. Plaintiff motion for Appointment of Counsel pro bono. In its july 22, 2003 ruling denying plaintiffs' First motion for appointment of Counsel; The plaintiff has comply with court order. by asking The united States court Clerk with a letter for copie's of pro bono efforts.

4. Plaintiff does not wish To add Correctional officers as defendents in This case.

By x James Lee McKinnon
James Lee McKinnon Prose
900 Highland Avenue
Cheshire Connecticut
06410

5. Plaintiff James McKinnon is a citizen of United States whose presently resides at Cheshire Correctional 900 Highland Avenue Cheshire Connecticut 06410

6. Defendant Robert Trestman is a citizen of United States whose address is University of Connecticut Health Center Department of Psychiatry 263 Farmington Avenue Farmington Connecticut 06030-1410

7. Defendant Helen Dorsey is a citizen of United States whose address is Garner Correctional Institution 50 'nunnawauk Road Newtown Connecticut 06470

By x  /s/ James Lee McKinnon
James Lee McKinnon pro se
900 Highland Avenue
Cheshire Connecticut
06410

## Certification

I hereby certify that the foregoing was mailed to the defendands attorney of record this 15 Day of October, 2003

Individual Capacity

Defendand's'
Robert Trestman, ETal
Helen Dorsey

By x *James Lee McKinnon*
James Lee McKinnon pro se
900 Highland Avenue
Cheshire Connecticut
06410

Attorney

Perry Zinn Rowthorn
Lynn D. Wittenbrink
Assistant Attorney General
office of the Attorney General
55, Elm Street, P.O. Box 120
Special Litigation 4th Floor
Hartford Connecticut, 06105