UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES MCKINNON | : | CIVIL NO. 3:02CV2305(WWE)(HBF) |
| | : | PRISONER |
| v. | : | |
| | : | |
| ROBERT TRESMAN AND HELEN DORSEY. | : | October 20, 2003 |

FILED 2003 OCT 21 P 3: 09

## MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

The sole remaining defendant in this action, Robert Trestman[1], respectfully requests an extension of thirty days, up to and including November 21, 2003, within which to file an answer to the complaint. In support of this motion, the defendant represents the following:

1. This matter was previously being handled by Assistant Attorney General Peregrine Zinn Rowthorn. The undersigned counsel, Assistant Attorney General Lynn D. Wittenbrink, will be handling the matter from this point forward. Additional time is requested to allow the undersigned counsel to become familiar with the matter and respond appropriately;

2. The press of numerous other matters on the undersigned counsel makes more timely response most difficult;

3. This appears to be the first motion for an extension of time filed on behalf of any defendant in this matter as to any deadline in this matter; and

4. Due to his incarceration, the defendant has not consulted with the plaintiff in order to determine his position on this motion.

---

[1] Despite the caption, the spelling of the defendant's name is "Trestman".

THE DEFENDANT, ROBERT TRESTMAN,

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: *(signature)*
Lynn D. Wittenbrink
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct 08575
lynn.wittenbrink@po.state.ct.us
Tel: (860) 808-5450
Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 20th day of October, 2003:

James McKinnon, # 100770
Cheshire Correctional
900 Highland Ave.
Cheshire, CT 06410

Peregrine Zinn Rowthorn
Office of the Attorney General
P.O. Box 120
55 Elm St.
Hartford CT 06141-0120

*(signature)*
Lynn D. Wittenbrink
Assistant Attorney General

2