```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT


JAMES McKINNON              :
                            :              PRISONER
      v.                    :   Case No. 3:02CV2305(WWE)
                            :
ROBERT TRESTMAN, et al.     :
```

RULING AND ORDER

Defendant's Motion for Extension of Time to File Responsive Pleading [**doc. #39**] is **GRANTE**D.  Defendant Trestman shall file his answer on or before **November 21, 2003.**

**SO ORDERED.**

Entered this 28th day of October, 2003, at Bridgeport, Connecticut.

/s/Holly B. Fitzsimmons
HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE