United States District Court

~~FILED~~

District of Connecticut

2003 NOV 10 P 3: 15

U.S. DISTRICT COURT
BRIDGEPORT CT

James McKinnon      Case, 3:02CV2305(WWE)(HBF)
        100770
        Plaintiff

                        November 4, 2003

V.

Robert Trestman, Etal
Helen Dorsey

Defendants' Individual Capacity


        Plaintiff Opposed Defendant's Pleading
Dated October, 20, 2003, for Extension of
Time To enter plea in Court order and
Ruling,


1. Plaintiff James McKinnon pro,se move This
Honorable court To denied The defendants
motion Dated October, 20, 2003 for extension of
Time which To File an answer To The plaintiff
Complaint.

                        By: James Lee McKinnon
                        James Lee McKinnon prose
                        900 Highland Avenue
                        Cheshire cT 06410

2. plaintiff conted that the facts are so over whelming in support of the allegations which he forwarded in the interest of justice and expedience and the fact that the plaintiff is more likely to triumph.

3. The defendants said in his motion. This matter was previously being handled by Assistant Attorney General peregrine Zinn Rowthorm.

4. The defendants said in this motion dated October 20, 2003 That the undersigned counsel Assistant Attorney General ¶¶ Lynn D. Wittenbrink will be handling the matter from this point forward.

5. The defendants said in this motion Additional time is requested to allow the undersigned counsel to become familiar with the matter and respond appropriately.

6. This same Assistant Attorney General on September, 29, 2003 enter her appearance as counsel for all defendants in this matter; Lynn D. Wittenbrink Assistant Attorney General 110, Sherman Street Hartford, CT 06105.

<u>Byx</u> James Lee McKinnon

James Lee McKinnon pro se
900 Highland Avenue
Cheshire CT 06410

7. Plaintiff James McKinnon is a citizen of united States who presently resides at cheshire Correctional 900 Highland Avenue cheshire Connecticut 06410

8. Defendant Robert Trestman is a citizen of united States whose address is University of Connecticut Health Center Department of psychiatry 263, farmington Avenue farmington Connecticut 06030-1410

9. Defendant Helen Dorsey is a citizen of united States whose address is Garner Correctional Institution 50' nunnawauk Road newTown Connecticut 06470

Byx *James Lee McKinnon*
James, lee McKinnon prose
900 Highland Avenue
Cheshire CT 06410

# United States District Court

# District of Connecticut

James McKinnon    case 3:02CV2305(WWE)(HBF)
    100770
    Plaintiff

                        november, 4, 2003

V.

Robert Trestman, Etal
Helen Dorsey

Defendants' Individual Capacity

## Request for Entry of Default

To: Clerk of the court for the united States District court of Connecticut, will you please enter the default of defendants' Robert Trestman, Etal Helen Dorsey for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure as oppears from the attached affidavit of James McKinnon.

                By x James Lee McKinnon
                James Lee McKinnon prose
                900 Highland Avenue
                Cheshire CT 06410

## Certification

I hereby certify That The Foregoing was mailed To The defendands aTTorney's of record This __4__ Day of November, 2003, And plainTiff certifces Through This clam To be True and To The best of my ability offirmed

## Individual Capacity

Defendands ATTorney's
perry Zinn RowThorn
Lynn D. WiTTenbrink
AssisTant ATTorney General
55' Elm STreeT P.O. Box 120
Special LiTigaTion 4th Floor
HarTford ConnecTicuT, 06105

(Also) Lynn D. WiTTenbrink
110 Sherman STreeT
HarTford ConnecTicuT, 06105

Byx James Lee McKinnon
James Lee McKinnon
900 Highland Aveneo
Cheshire cT 06410