# United States District Court
# District of Connecticut

FILED
2003 NOV 19 P 5: 48
US DISTRICT COURT
BRIDGEPORT CT

James McKinnon                Case, 3:02CV2305(WWE)(HBF)
100 770
Plaintiff
                               november, 14, 2003

V.

Robert Trestman, ETal
Helen Dorsey

Defendants Individual Capacity

## Plaintiffs Motion for Summary Judgment

I James McKinnon the plaintiffs' pro, se pursuant to F.R. Civil. p. 56 (a)(b)(c)(d) for Summary Judgment against the above defendants:

1. plaintiffs have filed 1983 civil rights law suit against the defendants, plaintiff contend that the facts are so over wheming in support of the allegations which he forwarded in the interest of Justice and expedience and the fact that plaintiff is more likely to Triuph.

                               Byx James McKinnon
                               James McKinnon pro se
                               900 Highland Avenue
                               Cheshire CT 06410

(1)

Please see memorandum of Law
Oral Argument Requested.

2. Defendant Robert Trestman is a citizen of United States whose address is University of Connecticut Health Center Department of Psychiatry 263, Farmington Avenue Farmington Connecticut. 06030-1410

And who is employed as Health Service Administrator in Garner Correctional medical unit,

At the time the claims alleged in this complaint arose was this defendant acting under color of state law. Plaintiff Civilly demands.

Defendant Robert Trestman release medical confidentiality information privacy that's protected by Connecticut law. Please see Conn. Gen. Stat. § 4a-541 et seq. (1997)

Also a release of plaintiff mental Health Information Connecticut General Statutes § 52-146o, enclosed state that a physician surgeon licensed health care provider shall not disclose (1) any communication made to him or her by a patient of mental disease or disorder or (2) any information obtained by examination of a patient authorized consents, to such disclosure.

Byx James McKinnon
James McKinnon pro se
900 Highland Avenue
Cheshire, CT 06410

(2)

7. P[r]isoners have a right to privacy in medical information and especially in their diagnoses of AIDS or <u>HIV</u> infection. please see,

Doe v. City of Cleveland 788 F. Supp 979. 985 (N.D. Ohio 1991.

8. The casual unjustified dissemination of confidental medical information to non-medical staff and other prisoners, is unconstitutional. please see, Woods v. White 689 F. Supp at 877.

9. Plaintiff is a disabled prisoner and have a[sserted] claims under the [Americans] with Disabilities Act of 1990 (ADA) please see, 42 U.S.C. § 12101 et seq.

10. in addition the federal regulations in providing that states are not entitled to immunity from suit for ADA violations refers to remedies both at law and in equity 28. C.F.R. § 35.178. Remedy at law general means damages.

By x <u>James McKinnon</u>
James McKinnon pro se
900 Highland Avenue
Cheshire CT, 06410

(5)

4. In a number of states the breach of doctor patient confidentiality is a Tort for which damages may be awarded, please see, Vassiliades V. Garfinckels Bros, 492 A.2d 580, 592 (D.C. 1985).

5. Prisoners have a constitutional right to privacy in their medical diagnoses and other medical information. please see, Doe V. Meachum 126 F.R.D. 437, 439 (D.Conn. 1988)

6. Disclosure of medical information about a prisoner also violates state law, the medical profession recognizes in ethical obligation to preserve patients confidentiality and many states have statutes protecting the privacy of medical records and making doctor patient communications privileged see, e.g. Ridley V. County of Erie 776, F. Supp. at 733-34 citing N.Y. Pub. Health Law at § 2780 et seq. (McKinney - 1991 Supp).

By: James McKinnon
James McKinnon prose
900 Highland Avenue
Cheshire CT 06410

(4)

3. Defendant Helen Dorsey is a citizen of United States whose address is Garner Correctional Institution 50 nunnawauk Road newtown Connecticut, 06470

And who is employed as Health Service Administrator in Garner Correctional medical.

At The Time the claim's alleged in this complaint arose was this defendant acting under color of State law? yes plaintiff briefly explain.

Defendant Helen Dorsey release privacy information medical, it's protected by Connecticut law, privacy act.

Conn. Gen. Stat. § 14a-540 et seq (1949)

Also a release of plaintiff mental Health information Connecticut General Statutes § 52-146c, and and state That a physician Surgeon licensed health care provider shall not disclose (1) any communication made to him or her by a patient of mental disease or (2) any information obtained by examination of a patient unless the patient authorized consents to such disclosure.

By x James McKinnon
James McKinnon pro se
900 Highland Avenue
Cheshire CT 06410

③

## Certification

I hereby certify that the foregoing was mailed to the defe[ndant] Attorney of record this 14 day of November 2003, and that plaintiff above certifie this clam to be true and to the best of my ability.

[Defendants:]

Robert Tresman, [et al]
Helen Dorsey

Attorney
Perry Zinn Rowthorn
Lynn D. Wittenbrink
Assistant Attorney General
Office of the Attorney General
55 Elm Street, P.O. Box 120
Special Litigation 4th floor
Hartford Connecticut 06105

By: /s/ James McKinnon
James McKinnon, pro se
400 Highland Avenue
Cheshire, CT 06410

(6)