United States District Court
District of Connecticut

FILED
2003 NOV 21 A 7:37
US DISTRICT COURT
BRIDGEPORT CT

James McKinnon case, 3:02CV2305 (WWE)(HBF)
100770
Plaintiff
                                        November 18, 2003
V.

Robert Trestman etal
Helen Dorsey

Defendants in their own capacity

            Motion To Compel Production
                    of Documents

1. Plaintiff James McKinnon pro se under F.R.C.P. pursuant to Rule 26(b)(2), 34(b), and 37(a) F.R.C.P. and moves the court for and order compelling the defendants to produce for inspection of the documents duely requested in the Plaintiff request for production: both of which was sent to the counselor of record on September 4, 2003 -

                                    By x James McKinnon
                                    James McKinnon pro se
                                    900 Highland Avenue
                                    Cheshire CT 06410

                    (1)

- at the address indicated on the certification.

2. This is a Section § 1983 action filed by the plaintiff James McKinnon seeking damages and relief base on the defendants violation of the plaintiff's state and constitutional rights.

3. This motion seeks to compel answers to the plaintiff address to the defendants pursuant to Rule 33 of the F.R.C.P. and answers to the plaintiff request for production of documents pursuant to Rule 37 of the F.R.C.P.

4. The defendants have not answered or even given legal reason why they should not answer the same or why the defendants has engaged in legal jargon in attempt to stall for time as to give no legal information.

5. Even if the request discovery were burdensome it would be required if relevant to the case. King v. Georgia Power Co. 50 F.R.D. 134, N.D. GA 1970 The relevance of the items sought is demonstrated in point 2 supra pursuant to rule 37 (a) (3) Evasive or Incomplete, Disclosure Answer, or Response, For the purposes of subdivision an evasive or incomplete disclosure answer, or responses is to be treated as a failure to disclose, answer or respond.

By+ James McKinnon
James McKinnon pro se
900 Highland Avenue
Cheshire CT 06410

(2)

6. Plaintiff James McKinnon is a citizen of United States whose address is Cheshire Correctional, 900 Highland Avenue Cheshire Connecticut, 06410

7. Defendant Robert Trestman is a citizen of United States whose address is University of Connecticut Health Center Department [illegible] Farmington Ave Farmington [illegible]

8. Def[illegible] whose address is [illegible] Correctional [illegible]

By x James McKinnon
James McKinnon pro se
900 Highland Avenue
Cheshire CT 06410

(3)