UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAMES MCKINNON | : CIVIL NO. 3:02CV2305(WWE)(HBF) |
| | : PRISONER |
| v. | : |
| | : |
| ROBERT TRESMAN AND HELEN DORSEY. | : November 25, 2003 |

### MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING

The sole remaining defendant in this action, Robert Trestman[1], respectfully requests an extension of thirty days, up to and including December 21, 2003, within which to file an answer in this matter. In support of this motion, the defendant represents the following:

1. On October 21st, the undersigned counsel moved for an extension of time to respond to the original complaint in this matter. On October 23, 2003, the plaintiff moved to amend his complaint. The Court has not yet ruled on the Motion to Amend. The proposed Amended Complaint is not complete, but seeks to add additional information to the original complaint. The defendants request an additional thirty days within which to respond so that by that time the Court will have ruled on the plaintiff's Motion to Amend, and the status of the operative complaint will be more clear;

2. This is the first motion for an extension of time filed on behalf the defendant Trestman since the plaintiff moved to amend his complaint; and

3. Due to his incarceration, the defendant has not consulted with the plaintiff in order to determine his position on this motion.

---

[1] Despite the caption, the spelling of the defendant's name is "Trestman".

THE DEFENDANT, ROBERT TRESTMAN,

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Lynn D. Wittenbrink
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct 08575
lynn.wittenbrink@po.state.ct.us
Tel: (860) 808-5450
Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 25th day of November, 2003:

James McKinnon, # 100770
Cheshire Correctional
900 Highland Ave.
Cheshire, CT 06410

Peregrine Zinn Rowthorn
Office of the Attorney General
P.O. Box 120
55 Elm St.
Hartford CT 06141-0120

_____
Lynn D. Wittenbrink
Assistant Attorney General

2