United States District Court

District of Connecticut

FILED
2003 DEC -1  P 5:36

James McKinnon   case 3:02CV2305(WWE)(HBF)
100 770
Plaintiff

November, 24, 2003

V.

Robert Trestman, ETaL
Helen Dorsey

Defendants' Individual Capacity

Plaintiffs Opposed Defendants Motion For Extension of Time Dated November, 17, 2003 also plaintiffs request a pleading. or Default.

1. Plaintiff James McKinnon prose Respectfully move the court for and answer for attempt is to stall for time as to give no legal information

By x James McKinnon
James McKinnon prose
900 Highland Avenue
Cheshire CT
06410

2. The request is not burdensome The defendant has failed To respond for a long Time with a answer showing attempt To stall for Time as To give no legal information.

3. defendant has ask for an extension of Time To respond To complaint by admitting or Denying on record Dated October, 20, 2003.

4. with The following motion for extension of Time granted.

5. Ruling and order dated October 28, 2003 Granted The defendant was order To file his answer on or befor november 21, 2003.

6. Because The defendant action dated november 17, 2003 Said in This motion Additional Time is requested To allow The undersigned Counsel To become familiar with The matter and respond oppropriately.

7. This Same Assistant Attorney General on September 29, 2003 enter her appearance as counsel for all defendnts in This matter 30 day's befor court order Then was including 30 day's To file an answer.

By James McKinnon
James McKinnon Prose
900, Highland Avenue
Cheshire CT 06410

(3)

## Certification

I hereby certify that the foregoing was mailed to the defendands Attorney of record this 24 Day of November 2003, And plaintiff certfces though this clam to be true and to the best of my obility offirmed.

## Individual Capacity

Defendands Attorney
Lynn D. Wittenbrink
Assistant Attorney General
55' Elm Street P.O. Box 120
Spical Litigation 4th floor
Hartford CT 06105

By x James McKin̄
James McKinnon prose
900 Highland Avenue
Cheshire CT 06410