United States District Court

District of Connecticut

FILED
2003 DEC -8 P 4: 58
US DISTRICT COURT
BRIDGEPORT, CT

James McKinnon    Case 3:02cv2305(WWE)
   100770
   Plaintiff
                          November 30, 2003

V.

[Defendants names illegible]

Plaintiff's Opposed Defendants
Motion for Extension of Time
November 25, 2003

1. Plaintiff, James [McKinnon, respectfully requests]
that this honorable court [deny the defend-]
ants motion for extension of time [stating that the]
defendants never gave the plaintiff [notice at the]
time, to contact him. There was no proof [of]
contacting the plaintiff, knowing [that he was con-]
tacting the plaintiff, knowing [...]

By: James McKinnon
James McKinnon
900 Highland Avenue
Cheshire, CT, 06410

been incarcerated within the Connecticut department of Correction. So the defendants could have contacted the plaintiff's position with respects to his request.

2. The request is not burdensome the defendant has failed to respond to the plaintiff's answer showing a willingness to state but time is to get the legal information.

3. Defendant was granted extension of time to respond...

4. The first motion for extension of time was granted.

5. Ruling and order dated October 28, 2003 was granted the defendant was ordered to respond on or before November 21, 2003

6. Because the defendant filed on November 17, 2003 said in this motion Additional Time is requested to file the defendant's answer become familiar with the matter to respond oppropriately.

7. This is the same motion again word for word it just has a different date of November, 2003 from last motion 11-17-03.

By James McKinnon
James McKinnon
900 Highland Avenue
Cheshire CT 06410

This Same Assistant Attorney General on September 29, 2003 enter her appearance as counsel for all defendants in this matter 30 days befor court order then was including 30 days to file an answer

By: James M[illegible]
[illegible signature block]

# Certification

I hereby certify that the foregoing was mailed to the defendants Attorney of record this 30 day of November 2003. And plaintiff certifies through [illegible] [illegible]

## Individual [illegible]

Defendants Attorney
[illegible]
Assistant Attorney general
55 Elm Street [illegible]
[illegible]
Hartford [illegible]

By James McKinnon
James McKinnon pro se
[illegible] Highland Avenue
Cheshire CT 06410