UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

2003 DEC 10  P 12: 04

JAMES MCKINNON : CIVIL NO. 3:02CV2305(WWE)(HBF)
: PRISONER
v. :
:
ROBERT TRESMAN et al : December 9, 2003

## MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S MOTIONS FOR SUMMARY JUDGMENT AND TO COMPEL

The sole remaining defendant in this action, Robert Trestman[1], respectfully requests an extension of thirty days, up to and including January 9 and 11, 2004, respectively, within which to file an responses to the plaintiff's Motion for Summary Judgment and Motion to Compel in this matter. In support of this motion, the defendant represents the following:

1. The defendant has initiated settlement discussions with the plaintiff which may obviate the need for further litigation;

2. This is the first motion for an extension of time filed on behalf the defendant Trestman with regard to the plaintiff's Motion for Summary Judgment and Motion to Compel; and

3. Due to the plaintiff's incarceration, the defendant has not consulted with the plaintiff in order to determine his position on this motion.

---

[1] Despite the caption, the spelling of the defendant's name is "Trestman".

THE DEFENDANT, ROBERT TRESTMAN,

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: *[signature]*
Lynn D. Wittenbrink
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct 08575
lynn.wittenbrink@po.state.ct.us
Tel: (860) 808-5450
Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 9th day of December, 2003:

James McKinnon, # 100770
McDougall-Walker Correctional Institution[2]
1153 East Street South
Suffield, CT 06080

Peregrine Zinn Rowthorn
Office of the Attorney General
P.O. Box 120
55 Elm St.
Hartford CT 06141-0120

*[signature]*
Lynn D. Wittenbrink
Assistant Attorney General

---

[2]  State records indicate that this is the current address of the plaintiff.