FILED

2003 DEC 18 P 12:56

United States District Court

District of Connecticut

James McKinnon        Case, 3:02CV2305(WWE)(HBF)
    100770
    Plaintiff
                              December 6 2003
    V.

Robert Trestman, ETal
Helen Dorsey
    Defendants    Individual Capacity

Plaintiff's Memorandum of Low in Support of motion for Summary Judgment

1. Plaintiff's James McKinnon prose pursuant to F.R. Civil. P 56 motion the court for Summary judgment against the above defendants.

2. Plaintiff's reasons therefor are set forth in the plaintiff affidavit and brief in Support of the motion.

3. In this case the plaintiff have presented absolute concerete proof of constitutionale as well as state violations.

By: James Lee McKinnon
James Lee McKinnon prose
Walker Reception-unit
1151- East Street-South
Suffield CT, 06078

4. On June 28, 2002 the fact that, Stacey Anderson, an employee in the department of psychiatry at the University of Connecticut Health Center, sent to Attorney Jane Starkowski at Inmates' Legal Assistance program by facsimile a copy of a letter defendant Dorsey had written to McKinnon. The cover sheet indicated that the facsimile was sent at defendant Trestman's request. The letter, dated June 21, 2002, was in response to various letters McKinnon sent to defendant Dorsey. The letter indicated that McKinnon has "a documented psychiatric diagnosis" and that he consistently refused the medication Risperdal that had been prescribed for treatment of McKinnon's anger and paranoia. The letter also indicated that the temperature in McKinnon's prison unit was within requirements established in Doe v. Meachum for confinement of HIV+ inmates. Defendant Dorsey suggested that McKinnon address his complaints of being cold with Dr. O'Halloran. Copies of the letter were sent to various doctors and nurses as well as to major Lahda of the department of Correction.

5. On July 9, 2002, an attorney at Inmates' Legal Assistance Program wrote to McKinnon. She indicated that he had sent eighteen pieces of correspondence to the office in April, May and June 2002. In April 2002, McKinnon met with an investigator from Inmates' Legal Assistance program and gave him three envelopes of additional documents. The attorney also referenced receipt of a facsimile copy of the letter. The same day, in a phone call to Inmates' legal Assistance program Attorney Jessica York, McKinnon informed Attorney York that he had not signed a release for the letter and asked her to send him a copy of the facsimile. In respone to an inmate grievance submitted in July 2002, defendant Dorsey stated that she did not send by facsimile a copy of her letter to Inmate's legal Assistance program. In October 2002, McKinnon submitted an inmate request and—

By /s/ James Lee McKinnon
James Lee McKinnon, pro se
Walker Reception-Unit
1151-East-Street-South
Suffield CT-06078

- Filed a level 1 grievance asking why his medical information had been released to Inmate's Legal Assistance program on June 28, 2002, and seeking the name of the person who released the information as well as a copy of his authorization for the release. The grievance was denied on November 19, 2002. The reviewer noted that McKinnon had signed two releases, one in January 2002 to provide information in conjunction with a request for legal representation and the other on July 23, 2002 to provide information to the Office of Protection and Advocacy.

By: /s/ James Lee McKinnon
James Lee McKinnon pro se
Walker Reception Unit
1151 East Street South
Suffield, CT 06078

For all the reason set forth herein with and the attached documents the plaintiff respectfully request that this motion to be granted and that Summy be granted in favor of the plaintiff and relief given as required in monetary damages in the amount of $75,000 00.

PLAINTIFF:

By: James Lee McKinnon
James Lee McKinnon pro se
Walker Reception Unit
1151-East-Street-South
Suffield CT, 06078
Tele 860-292-3400

Certification

I hereby certify that the foregoing was mailed to the defendants' attorey of record this 6 day of December 2003.

Individual Capacity

Attorney
Lynn D. Wittenbrink
Assistant Attorney General
Office of the Attorney General
55 Elm Street, P.O. Box 120
Special Litigation 4th Floor
Hartford Connecticut 06105

By the Plaintiff
James Lee McKinnon
pro se