UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
JAMES McKINNON                  :
                                :            PRISONER
     v.                         :   Case No. 3:02CV2305(WWE)(HBF)
                                :
ROBERT TRESTMAN, et al.¹        :
```

RULING AND ORDER

Defendant Trestman has filed a second motion for extension of time until December 21, 2003, to file a responsive pleading. Because the court granted defendant Trestman's prevous motion, this motion [**doc. #46**] is **DENIED** as moot.

Plaintiff also has filed a second motion asking the court to default defendant Trestman for failure to plead.  The court denied plaintiff's previous motion because it had granted defendant Trestman's motion for extension of time.  This motion [**doc. #48**] is **DENIED** as well.

**SO ORDERED.**

Entered this 18th day of December, 2003, at Bridgeport, Connecticut.

```
          _____/s/_____
          HOLLY B. FITZSIMMONS
          UNITED STATES MAGISTRATE JUDGE
```

---

¹Dr. Robert Trestman is the only remaining defendant in this action.