FILED

2003 DEC 22 P 2: 50

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| JAMES McKINNON | : | NO. 3:02CV2305(WWE)(HBF) |
|---|---|---|
| VS. | : | |
| ROBERT TRESTMAN | : | DECEMBER 19, 2003 |

## ANSWER AND AFFIRMATIVE DEFENSES

The plaintiff in this matter has filed both an original complaint and an Amended Complaint. In its ruling on the original defendants' Motion to Dismiss, this Court noted in its first footnote that the Amended Complaint only includes what the plaintiff hopes to be evidence, and the original complaint sets forth the factual allegations of this case. The plaintiff does not number his allegations or the paragraphs in his complaint, so they are set forth here in paragraph form in order to enable the sole remaining defendant, Dr. Trestman, to respond in orderly fashion.

1. On 7-9-02 Plaintiff was on the phone with Inmates Legal Assistance Attorney Jessica J. York she said that she received a copy of a letter addressed to the plaintiff from the defendant Helen Dorsey medical boss, the plaintiff said I have not sign a release of that information. And to sent the plaintiff a copy.

The defendant is without sufficient information upon which to form a belief and therefore leaves the plaintiff to his proof.

2. On 10-28-02 the plaintiff records was available for privacy with the Lady Yolanda-Acosta-Zayas-Mrsi. And plaintiff purpose was to have a coy of the authorize release. Inmate-legal assistance is not on copy.

The defendant is without sufficient information upon which to form a belief and therefore leaves the plaintiff to his proof.

3. Plaintiff then ask Jessica J. York at inmate's legal assistance program for the name of the fax she said she did not know 30 days later the plaintiff ask Jessica York to send a copy of the paperwork and in the paper work was a fax to managing Attorney Jane Starkowski of inmate's legal-assistance from the University of Connecticut Robert Tresmann Ph.D. Plaintiff then ask Jessica York if she know where the person that sent the fax again she said no.

The defendant is without sufficient information upon which to form a belief and therefore leaves the plaintiff to his proof.

4. On 9-26-02 the plaintiff said on the phone how can I trust you. I have the fax and how come the defendants fax my medical information not a thing from her.

The defendant is without sufficient information upon which to form a belief and therefore leaves the plaintiff to his proof.

5. The plaintiff ask Jane Starkowski of inmate's legal assistance on 11-5-02 how come the defendant Robert Tresmann fax her plaintiff <u>Doe v. Meachum</u> medical without authorization she said it was not to her, and that it went to Jessica J. Yourk then she said plaintiff you authorize a release plaintiff said I have not.

The defendant is without sufficient information upon which to form a belief and therefore leaves the plaintiff to his proof.

6. The plaintiff enclose a copy of the request on 10-02-02 the plaintiff sent a letter to defendant Robert Tresmann at the University of Connecticut Health Center [address omitted] and question the defendant.

The defendant is without sufficient information upon which to form a belief and therefore leaves the plaintiff to his proof.

7. The plaintiff ask the defendant to send a copy of something that the plaintiff has authorize a release of information to Jane Starkowski at Inmate's-legal-assistance. The defendant has not respond to this request.

The defendant is without sufficient information upon which to form a belief and therefore leaves the plaintiff to his proof.

8. The plaintiff was told by a social worker name miss sue wright that as of 10/04/02 the defendant is not in charge of this medical from now on, and that he's at the university.

The defendant is without sufficient information upon which to form a belief and therefore leaves the plaintiff to his proof.

9. As to administrative remedies, the plaintiff alleges:

    The grievance filing requirements one case is Doe v. Meachum that was sent by fax and. Denied. One appeal-11-20-02-two-appeal denied the policy treatment not available for returned for 25 day's after.

The defendant is without sufficient information upon which to form a belief and therefore leaves the plaintiff to his proof.

3

10. The major has stop my life because he discriminated against me and has me in a intensive-mental-health program that has stop my <u>Doe v. Meachum</u> medical meetings and. I was in a cold cell better.

The defendant is without sufficient information upon which to form a belief and therefore leaves the plaintiff to his proof.

## AFFIRMATIVE DEFENSES

The defendant asserts the following Affirmative Defenses:

### FIRST AFFIRMATIVE DEFENSE

The plaintiff fails to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

The plaintiff failed to exhaust his administrative remedies pursuant to the Prison Litigation Reform Act.

### THIRD AFFIRMATIVE DEFENSE

The defendant in this action is entitled to qualified immunity.

### FOURTH ADMINISTRATIVE DIRECTIVE

The Eleventh Amendment provides immunity.

### FIFTH AFFIRMATIVE DEFENSE

The plaintiff's claims are precluded by Conn. Gen. Stat. §§ 4-141 through 4-164 and § 4-165.

## SIXTH AFFIRMATIVE DEFENSE

The defendant does not have sufficient personal involvement in any constitutional violations alleged.

## SEVENTH AFFIRMATIVE DEFENSE

The plaintiff's claims are barred by the doctrines of collateral estoppel, res judicata and prior pending action.

## EIGHTH AFFIRMATIVE DEFENSE

The plaintiff's own action render his claim a nullity.

DEFENDANT,
Dr. Robert Trestman

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Lynn D. Wittenbrink
Assistant Attorney General
Federal Bar No. ct08575
110 Sherman Street
Hartford, CT  06105
Telephone No.: (860) 808-5450
Fax: (860) 808-5591
E-mail:  lynn.wittenbrink@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid to the following on this 19th day of December, 2003:

Perry Zinn-Rowthorn
Assistant Attorney General
55 Elm St, PO Box 120
Special Litigation Department
Hartford, CT 06106

James McKinnon, Inmate No. 100770
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT 06410
PRO SE

_____
Lynn D. Wittenbrink
Assistant Attorney General