DEC 0 1 2003

United States District Court

District of Connecticut

FILED
2003 DEC 29 P 4: 34
US DISTRICT COURT
BRIDGEPORT CT

James McKinnon,   Case 3:02CV2305(WWE)(HBF)
100770
Plaintiff

November 21, 2003

V.

Robert Trestman; et al
Helen Dorsey

Defendants   Individual Capacity)

Plaintiff James McKinnon prose moves this court Respectfully in form of an Emergency immediate injunction barring Connecticut Department of Correction from Transferring plaintiff to Garner Correctional Institution 50' Nunnawauk Road P.O. Box 5500 Newtown, CT 06470. This is also damages plaintiff seek with $ 75,000.

By: James McKinnon prose
900 Highland Avenue
Cheshire CT 06410

## Certification

I hereby certify that the foregoing was mailed to the defendant attorney of record this 21 Day of November, 2003

### Individual Capacity

Defendants
Robert Trestman, Et al
Helen Dorsey

Attorney
Lynn D. Wittenbrink
Assistant Attorney General
Office of the Attorny General
55 Elm Street P.O. Box 120
Special Litigation 4th Floor
Hartford Connecticut 06105

Miss Mary E. Larsen
Deputy Clerk
United States District Court
915 Lafayette Boulevard
Bridgeport CT, 06604

By: James Lee McKinnon
Walker Reception Unit
1151 East Street South
Suffield Connecticut 06078