United States District Court
District of Connecticut

FILED
2004 JAN -6 P 2:27
US DISTRICT COURT
BRIDGEPORT CT

James McKinnon      Case, 3:02CV2305(WWE)(HBF)
   100 770
   Plaintiff
                                    January 2, 2004
V.

Robert Trestman, ET aL
Helen Dorsey
Defendants      Individual Capacity

Plaintiff Opposes Defendants motion Dated December 19, 2003 - Also Plaintiff motion for Summary Judgment under Rule 56 F.R.C.P.

Plaintiff James McKinnon prose move The Court with respect To Contend. There is no genuine issue To be Tried as To any material fact and that the moving party is entitled to a judgment as a matter of law. A summary judgment, may be rendered on the issue of liability alone. I understand that the court will never weigh the evidence, weigh the evidence or find the facts, however the court's role under 56 Rule F.R.C.P. narrowly limited To assessing the threshold issue of whether a genuine issue exist as To material facts. Plaintiff respectably contens the facts are so over wheming in support.
Please see, memorandum of Law.

Byx /s/ James Lee McK——
James Lee McKinnon prose
Walker Reception unit
1153- East Street South
Suffield, CT 06078

# Memorandum of Support

1. Prisoners have a constitutional right to privacy in their medical diagnoses and other medical information, please see;

A.L.A. v. West Valley City, 26 F.3d 989, 990 (10th Cir. 1994); Nolley v. County of Erie, 776 F. Supp. 715, 729 (W.D.N.Y. 1991); Woods v. White, 689 F. Supp. 874, 875-76 (W.D. Wis. 1988) aff'd, 899 F.2d 17 (7th Cir. 1990); Doe v. Coughlin, 697 F. Supp. 1234, 1237-38 (N.D.N.Y. 1988); Doe v. Meachum, 126 F.R.D. 437, 439- (D. Conn. 1988);

2. The casual unjustified dissemination of confidential medical information to non-medical staff and other prisoners" is unconstitutional. Please see. Woods v. White, 689 F. Supp. at 877. Williams v. Edwards, 547 F.2d 1206, 1217 (5th Cir. 1977); Cody v. Hillard, 599 F. Supp. 1025, 1036 1056 (D.S.D. 1984).

3. In a number of states the breach of doctor-patient confidentiality is a tort for which damages may be awarded; please see;

Hillman v. Columbia County, 164 Wis.2d 376, 474 N.W. 2d 913, 919-20 (Wis. App. 1991);

By: /s/ James Lee McKinnon
James Lee McKinnon pro se
Walker Reception Unit
1153-East Street South
Suffield Connecticut
06078

# Memorandum of Support

4. Prisoners have a right to privacy in medical information generally and especially in their diagnoses of (Human immunodeficiency virus) that's believed to cause AIDS.) please see;

Doe v. City of Cleveland, 788 F. Supp. 979, 985 (N.D. Ohio 1991); Nolley v. County of Erie, 776 F. Supp. 715, 729 (W.D.N.Y. 1991) Doe v. Meachum 126 F.R.D. 437, 439 (D. Conn. 1988) Doe v. Coughlin, 697 F. Supp. 1234, 1236-38 N.D.N.Y. 1988) Woods v. White, 689 F. Supp. 874, 875-77 (W.D. Wis. 1988) a ff'd, 899 F.2d 17 (7th Cir 1990) Hillman v. Columbia County 164 Wis. 2d 376 474 N.W.2d 913, 922-23 Wis. App. 1991) review granted 482 N.W.-2d 105 (Wis 1992).

5. Some states have statutes protecting the confidentiality of (H-I-V) related information and these may support claims for damages; please see;

Nolley v. County of Erie, 776 F. Supp. at 733-34.

6. In addition the Federal regulations in providing that states are not entitled to immunity from suit for (ADA) violations, refers to remedies both at law and in equity." 28 C.F.R. § 35.178. Remed at law generally means damages.

By x /s/ James Lee McKinnon
James Lee McKinnon prose
Walker Reception Unit
1153-East Street South
Suffield Connecticut
06078

## Certification

I hereby certify that the foregoing was mailed to the defendants attorney of record this 2 Day of January, 2004 also this certify through this attachment this claim to be True and to my best of my obility.

## Individual Capacity

Defendants

Robert Trestman; Etal
Helen Dorsey

Lynn D. Wittenbrink
Assistant Attorney general
office of the Attorney general
55/ Elm Street P.O. Box 120
Special Litigation 4th Floor
Hartford Connecticut 06105

By: /s/ James Lee McKinnon
James Lee McKinnon prose
Walker Reception unit
1153-East Street South
Suffield Connecticut 06078