United States District Court

District of Connecticut

James McKinnon             case, 3:02CV2305(WWE)(HBF)
    100 770
    Plaintiff
                           December, 23, 2003
V.

Robert Trestman; ETaL
Helen Dorsey
Defendant's Individual Capacity

Plaintiff motion To amend Complaint To add Exhibit's for ADA claim "also To Amendment the Short & Concise statement of material Facts Federal Rule 28 C.F.R. § 35.190, also Federal Rule, 15, (a)(b).

1. Plaintiff James McKinnon prose Respectfully Requests that under this short concise statement be amended To the material Facts that was respectfully submitted with the Forth going Amended compliant Exhibits of supporting Facts.

By: James Lee McKinnon
James Lee McKinnon prose
Walker Reception unit
1153-East Street South
Suffield Connecticut
06078

## Certification

I hereby certify that the foregoing was mailed to the defendant's attorney of record this 23 day of December, 2003

"Individual Capacity"
Defendants
Robert Trestman, Etal
Helen Dorsey

Attorney
Lynn D. Wittenbrink
Assistant Attorney General
Office of the Attorney General
55/Elm Street P.O. Box 120
Special Litigation 4th Floor
Hartford Connecticut
06105

By: *James Lee McKinnon*
James Lee McKinnon, prose
Walker Reception-unit
1153- East- Street- South
Suffield Connecticut
06078