United States District Court
District of Connecticut

James McKinnon                    3:02CV2305(WWE)(HBF)
    100770
    Plaintiff                     December 23, 2003
V.

Robert Trestman; ET AL
Helen Dorsey
Defendants Individual Capacity

Plaintiff memorandum in Support
    of motion To Compel

1. Plaintiff James McKinnon pro,se respectfully under F.R.C.P. pursuant to Rule 26,b,(1), 34,b, and 37,a, F.R.C.P. moves this court for and order compelling defendants' to produce for inspection copying the documents requested.

BY x _James Lee McKinnon_
         James Lee McKinnon prose
         Walker Reception Unit
         1153-East-Street-South
         Suffield Connecticut
              06078

2. On September 14, 2003 plaintiff served on the defendants' counsel a request for documents which is attached to memorandum; Exhibit "1"

3. Defendants did not respond to this request after 30 days nor did they request an adjournment from the court or seek my agreement to an adjournment.

4. Defendants Counsel did not respond to my letter on September 14, 2003 defendants' responded to my document request by filing December 9, 2003 for Extension of Time motion to including January 9, and 11, 2004.

5. plaintiff wrote to defendant counsel on September 18, 2003, in an attempt to resolve the dispute informally as required by this court's local rules. A copy of letter is attached Exhibit "2"

6. plaintiff wrote to defendants counsel on December 18, 2003 in an attempt to resolve the dispute informall as required by this court, defendants Counsel has not respond to request, same as Exhibit "2"

7. The plaintiff respectfully requests that court grant this motion in all respects.

By x /s/ James Lee McKinnon
James Lee McKinnon prose
Walker Reception Unit
1153-East Street South
Suffield Connecticut
06078

# United States District Court

## District of Connecticut

James McKinnon            Case 3:02CV2305(WWE)(HBP)
100770
  Plaintiff              September 14, 2003

V.

Robert Trestman, Et al.
Helen Dorsey
Defendants    Individual Capacity

## Motion For Discovery And Inspection

Plaintiff James McKinnon prose pursuant To Rule 26(a),(b),(c),(d) of F.C.P. And pursuant To Rule 34(a),(b), of The F.C.P. Plaintiff request this motion To inspect Full information in the above case of inspection and Discovery of Documents

By: /s/ James Lee McKinnon
James Lee McKinnon prose
900-Highlan Avenue
Cheshire CT 06410

1. Copies of records or reports of all legal vissits conducted which are within the possession of any state agency, the existence of which is known.

2. Any tangible objects documents also all medical grievances from plaintiff with Level 1, 2, and 3, decison from placement in facility.

3. Whether any information was obtained by means of wire tap surveillancce or other electronic on the date of 07-15-02 in the garner Correction I-p-m-2, mental Health program plaintiff housing unit.

4. Legal phone calls from Intensive mental Health unit "1" and "2" from June 1, 2002 to July 30, 2002.

5. The plaintiff James McKinnon prose request an order that if prior to or during trial the defendants attorney discovers additional material previously requested or ordered disclosed, that he promptly notify the plaintiff attorney and court of existence.

By: James Lee McKinnon
James Lee McKinnon prose
900-Highland Ave
Cheshire Connecticut
06410

## Certification

I hereby certify that the foregoing was mailed to the defendants attorney of record this <u>14th</u> Day of September, 2003

"Individual Capacity"

Defendants
Robert Trestman, Etal
<u>Helen Dorsey</u>

Attorney
Perry Zinn Rowthorn
Assistant Attorney General
Office of the Attorney General
110, Sherman Street
Hartford Connecticut
            06105

By: *James Lee McKinnon*
James Lee McKinnon pro se
Cheshire 900 Highland
Avenue Cheshire, CT
            06410

Exhibit

September, 18, 2003

To: Perry Zinn Rowthorn
Assistant Attorney General
Office of the Attorney General
110, Sherman Street
Hartford Connecticut
    06105

From: James McKinnon, 100770
Cheshire Correctional
900 Highland Avenue
Cheshire Connecticut
    06410

Subject: Settlement proposition, 3:02CV2305(WWE)(HBF)

Derar Assistant Attorney General
As you can see by the factual hard evidence supporting my claim is substantial and warrants clear puritive damages. Therfore I am asking if you'd like to resolve this issue outside of a settlement conferece by awarding me a nominal money award, so as to avoid a settlement conference or the bigger picture in the form of a trial.

Please respond at your earliest.

By: *James Lee McKinnon*
James Lee McKinnon prose
Cheshire 900 Highland
Avenue-Cheshire, CT
   06410

## Certification

I hereby certify that the foregoing was mailed to the defendants attorney of record this 18th Day of September, 2003

"Individual Capacity"

Defendants
Robert Trestman; etal
Helen Dorsey
Defendant Individual Capacity
Attorney
Perry Zinn Rowthorn
Assistant Attorney General
Office of the Attorney General
110, Sherman Street
Hartford Connecticut
06105

By x James Lee McKinnon
James Lee McKinnon prose
Cheshire 900 Highland
Avenue Cheshire, CT
06410

December 23, 2003

Listing of each Item of Discovery Sought Also set forth the reason why the Items Should be allowed.

1. Copies of records or reports of all Legal vissits Conducted which are within the possession of Control or any State agency that existence.

Reason defendants said in June 2002, Also in April 2002, plaintiff met with an investigator from Inmates' legal Assistance program and gave him the copy of the Facsimile letter, not True he came one Time and plaintiff did not provide it.

2. Any Tangible objects documents also all medical Grievance's from plaintiff with Level, 2, and 3, disposition from placment in facility,

Reason defendant have not returned grievances from Level, 2, on same subject.

3. Whether any information was obtained by means of wire Tap survellancce or other electronic on the date of 07-15-02 in m garner Correctional I-p-m #2 mental Health program plaintiff housing unit, The day Defendant Helen Dorsey Secretary came with copy of Facsimile litter.

By /s/ James McKium prose
Walker Reception Unit
1153- East Street South
Suffield, CT 06078

listing of each Item of Discovery sought; Also set forth the reason why the Items Should be allowed. With respect.

4. Legal phone call's from Intensive mental Health unit "one" and "Two" from June 1, 2002 To July 30, 2002

Reason defendants said sameday plaintiff was on the phone with Attorney Jessica J. York after visit with investigator from Legal Assistance program, plaintiff was not on the phone this day.

5. The plaintiff James McKinnon requests an order that if prior To or during Trial. The defendants attorney, discovers additional material previousely requested or ordered disclosed, that he promptly notify the plaintiff attorney and the court of existence.

By x /s/ James Lee McKinnon
James Lee McKinnon prose
Walker Reception unit
1153- East Street South
Suffield Connecticut
06078

## Certification

I hereby certify that the foregoing was mailed to the defendants attorney of record this 23th Day of December, 2003

cc
"Individual Capacity"

Defendants
Robert Trestman; Etal
Helen Dorsey

Attorney
Lynn D. Wittenbrink
Assistant Attorney General
Office of the Attorney General
55 Elm Street P.O. Box 120
Special Litigation 4th Floor
Hartford Connecticut
06105

By: *James Lu McKinnon*
James McKinnon prose
Walker Reception Unit
1153- East Street South
Suffield CT 06078