**FILED**

2004 JAN -8  P 2: 34

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| James McKinnon | : | PRISONER |
| | | 3:02CV2305(WWE)(HBF) |
| v. | : | |
| Robert Trestman | : | JANUARY 7, 2004 |

## OBJECTION TO PLAINTIFF'S SECOND MOTION
## FOR PARTIAL SUMMARY JUDGMENT

The plaintiff in the above-captioned matter has filed two motions for partial summary judgment. The first was filed on November 19, 2003, and the latter on December 16, 2003. The motions do not seem to address separate issues within the suit. The sole remaining defendant in this action, James McKinnon, hereby opposes the second m in this action, James McKinnon, hereby opposes the second motion as duplicative of the first and also as made in bad faith in an effort to harass or annoy the defendant.

The defendants note that the response to the first motion is due on January 9, 2004. The defendants have not yet filed a response to the first Motion for Summary Judgment, having received an extension of time from the Court. The parties have been exchanging correspondence with regard to settlement, and it is likely the defendant will seek an additional extension in order that the parties' and the Courts' time might be put to better use if the matter is able to be settled.

DEFENDANTS
Robert Trestman
RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Lynn D. Wittenbrink
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct08575
lynn.wittenbrink@po.state.ct.us
Tel: (860) 808-5450
Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 7th day of January 2004:

Perry Zinn-Rowthorn
Assistant Attorney General
55 Elm St.
Hartford CT
06106

**James McKinnon**
Inmate 100770
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT 06410

_____
Lynn D. Wittenbrink
Assistant Attorney General