United States District Court
District of Connecticut

FILED
2004 JAN -9 P 3:10
US DISTRICT COURT
BRIDGEPORT CT

James McKinnon　case 3:02CV2305 (WWE)(HBF)
100 770
Plaintiff

V.　　　　　　　　　　　　　　January 6, 2004

Robert Trestman; Et Al
Helen Dorsey
Defendants Individual Capacity

Plaintiff motion To Amend Complaint To add Exhibits was not accept under Rule 12(b)(6), Information has To be in motion as exhibits"

1. Plaintiff James McKinnon prose Respectfully move this honorable court To consider plaintiff request in the above caption case.

Plaintiff contend that the Exhibits are so overwheming in support of the allegations which he forwarded in the interest of justice that's required; There is no genuine issue To be tried as to any material fact; (I ask court To consider.)

Plaintiff request not To be held by court in the same standards as a Attorney.

By: _James Lee McKinnon_
James Lee McKinnon prose
Walker Reception Unit
1153- East Street South
Suffield Connecticut
06078

## Certification

I hereby certify that the foregoing was mailed to the defendants attorney of record this 6 Day of January, 2004 also this certify through this attachment this claim to be true and to my best of my ability

## Individual Capacity
### Defendants

Robert Trestman; et al
Helen Dorsey

Lynn D. Wittenbrink
Assistant Attorney general
55/ Elm Street P.O. Box 120
Special Litigation 4th Floor
Hartford Connecticut
06105

By x *James Lee McKinnon*
James Lee McKinnon prose
Walker Reception Unit
1153-East Street South
Suffield Connecticut
06078