**FILED**

UNITED STATES DISTRICT COURT

2004 JAN 12  P 12: 41

DISTRICT OF CONNECTICUT

US DISTRICT COURT
BRIDGEPORT CT

| | | |
|---|---|---|
| JAMES MCKINNON | : | PRISONER |
| | | 3:02CV2305(WWE)(HBF) |
| v. | : | |
| ROBERT TRESMAN | : | January 9, 2004 |

### MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S MOTIONS FOR SUMMARY JUDGMENT AND TO COMPEL

The sole remaining defendant in this action, Robert Trestman, respectfully requests an extension of thirty days, up to and including February 8 and 10, 2003, respectively, within which to file responses to the plaintiff's Motion for Summary Judgment and Motion to Compel. In support of this motion, the defendants represent the following:

1. The defendant and the plaintiff have exchanged communications regarding settlement which may obviate the need for further litigation;

2. The schedule of the undersigned counsel has been extremely hectic with numerous matters in both state and federal court including an appeal and two show cause hearings in state court;

3. This is the second motion for an extension of time filed by the defendant Trestman with regard to these deadlines; and

4. Due to his incarceration, the undersigned counsel has not consulted with the plaintiff in order to determine his position with regard to this motion.

DEFENDANTS
Robert Trestman

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Lynn D. Wittenbrink
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct08575
lynn.wittenbrink@po.state.ct.us
Tel: (860) 808-5450
Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 9th day of January, 2004:

James McKinnon, # 100770
Cheshire Correctional
900 Highland Ave.
Cheshire, CT 06410

Peregrine Zinn Rowthorn
Office of the Attorney General
P.O. Box 120
55 Elm St.
Hartford CT 06141-0120

_____
Lynn D. Wittenbrink
Assistant Attorney General