UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES McKINNON | : | |
| | : | PRISONER |
| v. | : | Case No. 3:02CV2305(WWE) |
| | : | |
| ROBERT TRESTMAN, et al. | : | |

RULING AND ORDER

Defendant's Motion for Extension of Time to File Response to Plaintiff's Motions for Summary Judgment and to Compel [**doc. #64**] is **GRANTED**.

**SO ORDERED.**

Entered this 22 day of January, 2004, at Bridgeport, Connecticut.

/s/_____
HOLLY B. FITZSIMMONS
UNITED STATES MAGISTRATE JUDGE