United States District Court

District of Connecticut

FILED

2004 JAN 27 P 4:17

US DISTRICT COURT
BRIDGEPORT CT

James McKinnon       Case 3:02CV2305(WWE)(HBF)
   100 770
   Plaintiff
                              January 23, 2004
V.

Robert Trestman, ETaL.
Helen Dorsey

Defendants            Individual Capacity


Plaintiff Motion Regarding Settlement which may obviate the need for further litigation with support of this motion from Defendants' to ask State with Department of Correction to agree to waive its Rights to collect of plaintiff receive award that's money owed, a Bill of Incarceration also State Bill.

By x James Lee McKinnon
   James Lee McKinnon prose
   Walker Reception Unit
   1153-East Street South
   Suffield Connecticut
        06078

1. Plaintiff James McKinnon prose Respectfully move the court with motion that may obviate the need for further Litigation, with support of the Court to grant this motion,

2. Respectfully as part of this Settlement plaintiff will agree not to file a lawsuit in Federal Court as well; for the State liability in this matter.

3. Plaintiff has not settle this matter, and is willing on the Terms I have file this motion.

4. State with Department of Correction to waive its rights to collect costs of incarceration also state Bill. Respectfully Submitted.

Plaintiff request not to be held to the Same Standards as an attorney; prose

By x /s/ James Lee McKinnon
James Lee McKinnon, prose
Walker Reception unit
1153 East Street South
Suffield Connecticut
06078

## Certification

I hereby certify that the foregoing was mailed to the Defendant's attorney of record this 23 Day of January, 2004, Also this certify through this attachment that this claim to be true and to the best of my ability.

## Individual Capacity

Robert Trestman, Et al
Helen Dorsey

Lynn D. Wittenbrink
Assistant Attorney General
55 Elm Street P.O. Box 120
Special Litigation 4th Floor
Hartford Connecticut
　　　　　06105

Byx James Lee McKinnon
/s/ James Lee McKinnon
Walker Reception Unit
1153- East Street South
Suffield Connecticut
　　　06078