JAN 20 2004

United States District Court   FILED

District of Connecticut

2004 JAN 20 A 10: 28     2004 FEB -4 P 3: 06

US DISTRICT COURT
BRIDGEPORT CT

James McKinnon
100 770
Plaintiff

Case 3: 02CV2305 (WWE) (HBF)

January 15, 2004

V.

Robert Trestman; Et Al
Helen Dorsey
Defendants     Individual     Capacity

Plaintiff Opposes Defendants motion Dated January 7, 2004, Also Support for Summary Judgment under Rule 56. D. F.R.C.P.

1. Plaintiff James McKinnon pro,se move this court respectfully to Contend under Rule 56. D. F.R.C.P. The court at the hearing of the motion, by examining the pleadings and the evidence before it and by interrogating counsel, shall if practicble ascertain what material facts exist without substantial controversy and what material facts are actually and in good faith Controverted. It shall thereupon make an order specifying the facts that appear without substantial controversy; including the extent to which the amount of damages or other relief is not in controversy; and directing such further proceedings in the action as are just.

Plaintiff pro,se Self representation Cannot be held by court Same Standards as an Attorney, please.

By James Lee McKinnon
James Lee McKinnon pro,se
Macdougall-Walker
1153-East Street South
Suffield, CT 06078

Case 3:02CV2305
(WWE)(HBF)

1. Plaintiff James McKinnon is a citizen of United States whose address is MacDougall Walker Unit 1153- East Street Stouth Suffield Connecticut 06078   I-D 100-770

2. Defendant Robert Trestman is a citizen of United States whose address is University of Connecticut Health Center Department of psychiatry 263, Farmington Ave Farmington Connecticut, 06030-1410

3. Defendant Helen Dorsey is a citizen of United States whose address is Garner Correction Institution 50'nannowak Road newTown Connecticut 06470

By James Lee McKinnon
James Lee McKinnon prose
MacDougall Walker Unit
1153-East Street South
Suffield, CT 06078

## Certification

I hereby certify that the foregoing was mailed to the defendant Attorney's of record this 15 Day of January, 2004

### Individual Capacity

Defendants
Robert Trestman, ETaL
Helen Dorsey

### Attorney

Lynn D. Wittenbrink
Assistant Attorney General
55 Elm Street P.O. Box 120
Special Litigation 4th Floor
Hartford CT 06105

By: James Lee McKinnon
James Lee McKinnon pro se
macdougall Walker
1153 - East Street South
Suffield CT 06078