```
                    UNITED STATES DISTRICT COURT

                      DISTRICT  OF  CONNECTICUT
```

JAMES MCKINNON

V.                                    Case Number:  3:02cv2305(WWE)(HBF)

ROBERT TRESMANS
HELEN DORSEY

```
                        NOTICE  TO  COUNSEL
                        --------------------
```

The above-entitled case was reported to the Court on February 5, 2004, to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on March 6, 2004, unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at Bridgeport, Connecticut, February 10, 2004.


                        KEVIN F. ROWE, CLERK

                    By:  __/s/_____
                         Mary E. Larsen
                         Deputy Clerk