UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES McKINNON | : | PRISONER |
| | : | NO. 3:02CV2305(WWE)(HBF) |
| VS. | : | |
| | : | |
| ROBERT TRESTMAN, ET AL. | : | |

## STIPULATION OF DISMISSAL

Pursuant to Fed.R. Civ.P. 41(a)(1), the parties hereby stipulate to the dismissal of this matter with prejudice and without an award of costs.

THE PLAINTIFF,

BY:_____
James McKinnon, Inmate No. 100770
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT  06080

DEFENDANTS,
Robert Trestman and Helen Dorsey

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:_____
Lynn D. Wittenbrink
Assistant Attorney General
Federal Bar No.:  ct08575
110 Sherman Street
Hartford, CT  06105
Telephone No.:  (860) 808-5450
E-mail:    lynn.wittenbrink@po.state.ct.us

## **CERTIFICATION**

I hereby certify that this **STIPULATION OF DISMISSAL** was sent by first-class mail, postage prepaid on this _____ day of _____, 2004 to:

James McKinnon, Inmate No. 100770
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT  06080

Perry Zinn Rowthorn
Assistant Attorney General
Office of the Attorney General
55 Elm Street, PO Box 120
Special Litigation Unit
Hartford, CT  06141-0120

_____
Lynn D. Wittenbrink
Assistant Attorney General