**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| JAMES McKINNON | : | PRISONER |
| | : | NO. 3:02CV2305(WWE)(HBF) |
| VS. | : | |
| | : | |
| ROBERT TRESTMAN, ET AL. | : | |

**SETTLEMENT AGREEMENT**

**WHEREAS**, the above-captioned matter was brought by James McKinnon, as the plaintiff against the following persons: Robert Trestman and Helen Dorsey;

**WHEREAS**, the parties agree that settlement of all the issues raised by the above-captioned action would best serve the interests of the parties;

**NOW, THEREFORE**, without further proceedings or adjudication of any of the issues of fact or law raised by the disputed claim(s) herein, and for and in consideration of the promises, agreements, covenants and conditions herein contained, the adequacy and sufficiency of which are hereby acknowledged by each of the parties hereto, the parties stipulate and agree as follows:

1. This Agreement constitutes a compromise and complete settlement of the following matter:

   **James McKinnon v. Robert Trestman, et al.**
   No. 3:02CV2305(WWE)(HBF)
   (the above-captioned matter)

and the allegations contained therein, as against the named defendants, the State of Connecticut, its agencies, agents and/or current or former employees.

Nothing contained herein, nor any actions taken by any party in connection herewith, shall constitute, be construed as, or be deemed to be, an admission of fault, liability, or wrong-doing, and is merely to avoid further litigation with the parties to this action.

2. The plaintiff shall immediately, and with prejudice and without any award of costs or attorneys fees, stipulate to dismiss this action, and shall execute the Release of Liability which is attached hereto as Exhibit A.

3. Upon the withdrawal and/or stipulated dismissal of this and the other listed actions and execution by the plaintiff of the signed Release of Liability, the State of Connecticut shall, as soon as possible, pay to the plaintiff the sum of $750.00 (SEVEN HUNDRED FIFTY AND 00/100) which represents the agreed upon, through a check made payable to the plaintiff, in full discharge, satisfaction and release of all the claims asserted in connection with this action.

4. The parties expressly acknowledge that this settlement is intend to, and shall, constitute full and final settlement of all claims and/or rights of action which have arisen, or may in the future arise, out of any of the circumstances which are the subject of this lawsuit or in any way connected to this lawsuit. In furtherance thereof, the undersigned plaintiff does now and forever releases the defendants to this and all of the above-listed matters and any present or former officers, agents and employees of the State of Connecticut, Department of Correction and the State of Connecticut itself from any and all further liability whatsoever in connection with the circumstances surrounding the above-captioned and above-listed lawsuit, in accordance with the duly executed Release of Liability which is attached hereto as Exhibit A.

5. The parties further agree that the settlement terms and conditions described herein represent the entire agreement of the parties concerning the settlement of this lawsuit, and that the respective parties will each bear their own costs, fees, and expenses.

6. This Settlement Agreement may be executed in counterpart. A copy or facsimile copy shall be as valid as the original.

                                              THE PLAINTIFF,

Dated: _____        _____
                                              James McKinnon

                                              WITNESS,

Dated: _____        _____
                                              (Witness Signature)

                                              _____
                                              (Witness Please Print Name)

                                              DEFENDANTS,
                                              Robert Trestman and Helen Dorsey

                                              RICHARD BLUMENTHAL
                                              ATTORNEY GENERAL

Dated: _____        BY:_____
                                              Lynn D. Wittenbrink
                                              Assistant Attorney General
                                              Federal Bar No.: ct08575
                                              110 Sherman Street
                                              Hartford, CT  06105
                                              Telephone No.: (860) 808-5450
                                              E-mail:   lynn.wittenbrink@po.state.ct.us

## **CERTIFICATION**

I hereby certify that this **SETTLEMENT AGREEMENT** was sent by first-class mail, postage prepaid on this _____ day of _____, 2004 to:

James McKinnon, Inmate No. 100770
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT  06080

Perry Zinn Rowthorn
Assistant Attorney General
Office of the Attorney General
55 Elm Street, PO Box 120
Special Litigation Unit
Hartford, CT  06141-0120

_____
Lynn D. Wittenbrink
Assistant Attorney General