UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES McKINNON | : | PRISONER |
| | : | NO. 3:02CV2305(WWE)(HBF) |
| VS. | : | |
| | : | |
| ROBERT TRESTMAN, ET AL. | : | |

## RELEASE

**KNOW ALL TO WHOM THESE PRESENTS SHALL COME OR MAY CONCERN**,

that

**JAMES McKINNON**, does on behalf of himself, his successors and assigns, for and in consideration of the sum of **$750.00 (SEVEN HUNDRED FIFTY AND 00/100)** paid by the **STATE OF CONNECTICUT**, herewith releases and forever discharges, the State of Connecticut, Department of Correction, Robert Trestman and Helen Dorsey, all of the defendants in the above-captioned matter, all in their individual and official capacities, as well as all other present or former officers, agents and employees of the State of Connecticut, from the following matter:

**James McKinnon v. Robert Trestman, et al.**
No. 3:02CV2305(WWE)(HBF)
(the above-captioned matter)

**IN WITNESS WHEREOF**, **JAMES McKINNON**, does hereby set his hand this _____ day of February, 2004.

_____
James McKinnon

Subscribed and sworn to, before me, this _____ day of February, 2004.

_____
Commissioner of the Superior Court
Notary Public
My Commission Expires: _____