United States District Court

District of Connecticut

FILED
2004 FEB 19 P 4: 15

James McKinnon    Case 3:02CV2305(WWE)(HBF)
100770
Plaintiff

vs.                                February 17, 2004

Robert Trestman; ETaL
Helen Dorsey
Defendants Individual Capacity


Plaintiff motion is to provid Court with settlement information Due To Plaintiff Being Severly harrased are Exhibits.

1. Plaintiff James McKinnon prose have filed 1983 civil rights law suit against the defendants. Plaintiff contend that the facts are so over wheming in support of the allegations which he forwarded in the interest of justic and expedience and the fact that plaintiff is more likely to triuph.

2. Plaintiff request court decision concerning this arguments, it's confusing plaintiff is also a Disabled prisoner under the Americans with disabilities Act of 1990 (ADA) 42 U.S.C. § 12101 et seq

By: James Lee McKinnon
James Lee McKinnon prose
Walker Reception Unit
1113 East Street South
Suffield CT 06078

3. Plaintiff ask for help, The federal regulations issued under the ADA acknowledge this point by identifying the department of justice as the agency that is to implement compliance procedure concerning state and local correctional facilities. 28.C.F.R. § 35.190 There is no dispute that the Rehabilitation Act applies to prisons. Please see; Harris v. Thigpen 941 F.2d 1495, 1521-22 (11Th Cir 1991).

4. This definition is comparable to the definition of "Handicap" under the Rehabilitation Act, please see; 29 U.S.C. § 706 (7) (B).

5.) So Rehabilitation Act case law on this point will be very relevant in ADA case. Under the Rehabilitation Act people with infectious diseases are considered Handicap. please see; School Bd. of Nassau County v. Arline 480 U.S. 273 1282-86, 107 S.CT .1123 (1987).

6. This category includes plaintiff inmates infected with (H-IV) Harris v. Thigpen 941 F.2d at 1522-24 Casey v. Lewis 773 F.Supp. at 1370-72.

By: /s/ James Lee McKinnon
James Lee McKinnon prose
Walker Reception Unit
1153 East Street South
Suffield CT 06078

7. To Indicate that plaintiff was serurly herrased during the settlement matter and that award was not justice, so the court can see the litigation process that provided in the form of Exhibits.

8. Plaintiff dosen't agree with all stupolations as far as liabilty.

9. As plaintiff stated he is a disobilitie prisoner under the ADA Act. And was in very much need of counsel.

10. Exhibit "A" is the first letter that Attorney seid she sent to plaintiff. and had not.

11. Exhibit "B" is the next letter from Attorney. Something saying it was subject to collection from state and carceration.

12. Exhibit "C" was to have it notarized

1-T-16 Exhibits

By James Lee McKinnon
James McKinnon prose
Walker Reception unit
1153-East Street South
Soffield CT 06078



**RICHARD BLUMENTHAL**
ATTORNEY GENERAL

MacKenzie Hall
110 Sherman Street
Hartford, CT 06105-2294

Office of The Attorney General
## State of Connecticut

Tel: (860) 808-5450
Fax: (860) 808-5591

January 7, 2004

James Lee McKinnon, Inmate No. 100770
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT 06410

Re:   **James Lee McKinnon**
      Inmate No. 100770

Dear Mr. McKinnon:

    I just found this letter I had written to you dated December 2, 2003. I thought it had been sent.

Very truly yours,

Lynn D. Wittenbrink
Assistant Attorney General

LDW:lac

Enclosure



**RICHARD BLUMENTHAL**
ATTORNEY GENERAL

MacKenzie Hall
110 Sherman Street
Hartford, CT 06105-2294

Office of The Attorney General
## State of Connecticut

Tel: (860) 808-5450
Fax: (860) 808-5591

December 2, 2003

James Lee McKinnon, Inmate No. 100770
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT 06410

Re: **James Lee McKinnon**
Inmate No. 100770

Dear Mr. McKinnon:

As you are aware, I am the attorney representing the defendants in the above-captioned matter. I notice that you have filed 7 (seven) or 8 (eight) other lawsuits in Federal Court as well.

I enclose a document reflecting the amount of money you <u>currently</u> owe the State of Connecticut for costs of incarceration alone, aside from any monies owed for other State benefits such as food stamps, medical benefits or other financial assistance.

Pursuant to Connecticut State Statute, the State would be able to collect the money you owe from any award of damages you might ever receive in any lawsuit until all of the money is paid back.

The Court in this case denied our Motion To dismiss. We anticipate filing a Motion For Summary Judgment as well as if we are not able to settle this matter.

If we were to settle this matter for a certain amount of money, instead of going to Court, the State could agree to waive its right to collect the money owed to the State from the settlement money. In other words, you would still owe the State for the costs of incarceration but the State would not try to get the money back to cover the attached bill. If you receive a money award in Court, however, the State could and would collect from that money reimbursement for costs of incarceration.

**THIS COMMUNICATION IS FOR SETTLEMENTPURPOSES
<u>ONLY AND IS NOT TO BE RELEASED FOR ANY OTHER PURPOSE</u>**

James Lee McKinnon
December 2, 2003
Page 2

    If you are willing to settle this and <u>all</u> of your other pending lawsuits with the State, I can offer you **$500.00 (FIVE HUNDRED DOLLARS AND 00/100)**. I can further agree that we will not seek reimbursement from this amount.

    If you do to want to settle, we can proceed. The State has noting to lose given the costs of incarceration.

                                               Very truly yours,

                                               Lynn D. Wittenbrink
                                             Assistant Attorney General

LDW:lac

**THIS COMMUNICATION IS FOR SETTLEMENTPURPOSES
<u>ONLY AND IS NOT TO BE RELEASED FOR ANY OTHER PURPOSE</u>**

11/22/2003 SAT 01:15 FAX 860 713 7407 DAS RECOVERY
Case 3:02-cv-02305-WWE  Document 72  Filed 02/19/2004  Page 7 of 20
☒002/002

Exhibit PPA39

James McK[signature]

DATE 11/21/2003

DEPARTMENT OF CORRECTION
COST OF INCARCERATION SUMMARY                PAGE 1 OF 001     RT3E

INMATE # 00100770    INMATE NAME MCKINNON, JAMES LEE    RELEASE DATE 06/06/2014
                     DATE OF BIRTH 11/09/1961           SENTENCED DAYS REMAINING 03851

SENTENCED INCARCERATION
FROM DATE      TO DATE        #DAYS     LAST RATE    TOTAL
10/01/1997    11/21/2003      001488    099          $ 125,338.00

ASSESSED TO DATE              $ 125,338.00    LESS AMT DAS COLL      $    0.00
PLUS FUT ASSESSMENT           $ 381,150.00    LESS AMOUNT PAID       $    6.04
ASSESSMENT SUB-TOT            $ 506,488.00    COLLECTED SUB-TOT      $    6.04

                                              BALANCE DUE            $ 506,481.96



RICHARD BLUMENTHAL
ATTORNEY GENERAL

MacKenzie Hall
110 Sherman Street
Hartford, CT 06105-2294

Office of The Attorney General
## State of Connecticut

Tel: (860) 808-5450
Fax: (860) 808-5591

December 30, 2003

James McKinnon, Inmate No. 100770
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT 06080

Re:   **James McKinnon vs. Robert Trestman, et al.**
      No. 3:03CV2305(WWE)(HBF)

Dear Mr. McKinnon:

I am in receipt of your recent correspondence regarding settlement. I had previously sent you a letter indicating that your balance owed to the State of Connecticut for costs of incarceration alone are over **$500,000.00 (FIVE HUNDRED THOUSAND DOLLARS)**. If you were to proceed to trial in this matter, and receive a money judgment, proceeds from the judgment could be collected to pay that balance. I further indicated that the State is willing to settle this matter for **$500.00 (FIVE HUNDRED DOLLARS)** and as part of the settlement would agree that the **$500.00 (FIVE HUNDRED DOLLARS)** would not be subject to collection for reimbursement to the State. I received no response to that letter.

Please let me know whether you would like to settle this case on the terms I have proposed or not. Remember, the State denies liability in this matter and feels your damages are minimal.

Communications regarding settlement are confidential and may not be used by either party should this matter proceed to trial.

Very truly yours,

Lynn D. Wittenbrink
Assistant Attorney General

LDW:lac

**RICHARD BLUMENTHAL**
**ATTORNEY GENERAL**



*110 Sherman Street*
*Hartford, CT 06105*

*Telephone No.: (860) 808-5450*
*Fax No.: (860) 808-5591*

Office of the Attorney General
# State of Connecticut
## TELEFAX COMMUNICATION

| | |
|---|---|
| **Date:** | February 4, 2004 |
| **To:** | Major Paul Bradnan<br>MacDougall-Walker Correctional Institution |
| **Telefax No.:** | 627-2206 |
| **Number of Pages:** (including this) | 11 |
| **From:** | Lori Corraccio, Secretary for:<br>Lynn D. Wittenbrink, Assistant Attorney General |
| **Telephone No.:** | (860) 808-5450 |
| **Telefax No.:** | (860) 808-5591 |
| **Information faxed by:** | Lori Corraccio (860-808-5470) |
| **RE:** | <u>James McKinnon vs. Robert Trestman, et al.</u><br>No. 3:02CV2305(WWE)(HBF)<br><br>Major Bradnan – Please see the attached memo, letter, Settlement Agreement, Release and Stipulation of Dismissal for Mr. McKinnon's signatures w/dates signed before witness and notary public.<br>Thanks – Lori ☺ |
| <u>**NOTICE:**</u> | *This telecopy transmission and any accompanying documents may contain confidential or privileged information. They are intended only for use by the individual or entity named on this transmission sheet. If you are not the intended recipient, you are not authorized to disclose, copy, distribute or use in any manner the contents of this information. If you have received this transmission in error, please notify us by telephone immediately so that we can arrange retrieval of the faxed documents.* |



# MEMORANDUM
via fax transmission only
(627-2206)

To:  Major Paul Bradnan
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT 06080

From:  Lynn D. Wittenbrink
Assistant Attorney General
Office of the Attorney General
110 Sherman Street
Hartford, CT 06105

Re:  **James McKinnon vs. Robert Trestman, et al.**
No. 3:02CV2305(WWE)(HBF)
Inmate No. 100770

Date:  February 5, 2004

---

Thanks so much for your help! Mr. McKinnon needs to sign in three (3) places. The first place needs a witness and the second place needs to be notarized. Please call me with any questions.

For your convenience I have placed an * next to each place that needs a signature.

Many thanks!!

Lynn D. Wittenbrink
Assistant Attorney General

LDW:lac

Enclosure



RICHARD BLUMENTHAL
ATTORNEY GENERAL

MacKenzie Hall
110 Sherman Street
Hartford, CT 06105-2294

Office of The Attorney General
## State of Connecticut

Tel: (860) 808-5450
Fax: (860) 808-5591

February 5, 2004

James McKinnon, Inmate No. 100770
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT 06080

Re:   **James McKinnon vs. Robert Trestman, et al.**
      No. 3:02CV2305(WWE)(HBF)
      Inmate No. 100770

Dear Mr. McKinnon:

I enclose the papers for the settlement we have entered into. Please sign as indicated. Please note that the Settlement Agreement requires a witness to your signature and the Release requires that your signature be notarized. For your convenience I put a * where the signatures and dates are needed. When you have signed above your name in the appropriate manner, please return to me and I will sign and send to the Court.

Thank you.

Very truly yours,

Lynn D. Wittenbrink
Assistant Attorney General

LDW:lac

Enclosures

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JAMES McKINNON                    :    PRISONER
                                  :    NO. 3:02CV2305(WWE)(HBF)
VS.                               :
                                  :
ROBERT TRESTMAN, ET AL.           :

## SETTLEMENT AGREEMENT

**WHEREAS**, the above-captioned matter was brought by James McKinnon, as the plaintiff against the following persons: Robert Trestman and Helen Dorsey;

**WHEREAS**, the parties agree that settlement of all the issues raised by the above-captioned action would best serve the interests of the parties;

**NOW, THEREFORE**, without further proceedings or adjudication of any of the issues of fact or law raised by the disputed claim(s) herein, and for and in consideration of the promises, agreements, covenants and conditions herein contained, the adequacy and sufficiency of which are hereby acknowledged by each of the parties hereto, the parties stipulate and agree as follows:

1. This Agreement constitutes a compromise and complete settlement of the following matter:

   <u>James McKinnon v. Robert Trestman, et al.</u>
   No. 3:02CV2305(WWE)(HBF)
   (the above-captioned matter)

and the allegations contained therein, as against the named defendants, the State of Connecticut, its agencies, agents and/or current or former employees.

Nothing contained herein, nor any actions taken by any party in connection herewith, shall constitute, be construed as, or be deemed to be, an admission of fault, liability, or wrong-doing, and is merely to avoid further litigation with the parties to this action.

2. The plaintiff shall immediately, and with prejudice and without any award of costs or attorneys fees, stipulate to dismiss this action, and shall execute the Release of Liability which is attached hereto as Exhibit A.

3. Upon the withdrawal and/or stipulated dismissal of this and the other listed actions and execution by the plaintiff of the signed Release of Liability, the State of Connecticut shall, as soon as possible, pay to the plaintiff the sum of $750.00 (SEVEN HUNDRED FIFTY AND 00/100) which represents the agreed upon, through a check made payable to the plaintiff, in full discharge, satisfaction and release of all the claims asserted in connection with this action.

4. The parties expressly acknowledge that this settlement is intend to, and shall, constitute full and final settlement of all claims and/or rights of action which have arisen, or may in the future arise, out of any of the circumstances which are the subject of this lawsuit or in any way connected to this lawsuit. In furtherance thereof, the undersigned plaintiff does now and forever releases the defendants to this and all of the above-listed matters and any present or former officers, agents and employees of the State of Connecticut, Department of Correction and the State of Connecticut itself from any and all further liability whatsoever in connection with the circumstances surrounding the above-captioned and above-listed lawsuit, in accordance with the duly executed Release of Liability which is attached hereto as Exhibit A.

5.  The parties further agree that the settlement terms and conditions described herein represent the entire agreement of the parties concerning the settlement of this lawsuit, and that the respective parties will each bear their own costs, fees, and expenses.

6.  This Settlement Agreement may be executed in counterpart. A copy or facsimile copy shall be as valid as the original.

THE PLAINTIFF,

\* Dated: 2-5-04

\* *James Lee McKinnon*
James McKinnon

WITNESS,

\* Dated: 2-5-04

\* *[signature]*
(Witness Signature)

\* NORBERTO LUNA
(Witness Please Print Name)

DEFENDANTS,
Robert Trestman and Helen Dorsey

RICHARD BLUMENTHAL
ATTORNEY GENERAL

Dated: _____    BY: _____
Lynn D. Wittenbrink
Assistant Attorney General
Federal Bar No.: ct08575
110 Sherman Street
Hartford, CT 06105
Telephone No.: (860) 808-5450
E-mail:  lynn.wittenbrink@po.state.ct.us

3

## CERTIFICATION

I hereby certify that this **SETTLEMENT AGREEMENT** was sent by first-class mail, postage prepaid on this _____ day of _____, 2004 to:

James McKinnon, Inmate No. 100770
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT 06080

Perry Zinn Rowthorn
Assistant Attorney General
Office of the Attorney General
55 Elm Street, PO Box 120
Special Litigation Unit
Hartford, CT 06141-0120

_____
Lynn D. Wittenbrink
Assistant Attorney General

4

# ATTACHMENT "A"

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JAMES McKINNON :  PRISONER
                           :  NO. 3:02CV2305(WWE)(HBF)
VS.                    :
                           :
ROBERT TRESTMAN, ET AL. :

### RELEASE

KNOW ALL TO WHOM THESE PRESENTS SHALL COME OR MAY CONCERN, that

JAMES McKINNON, does on behalf of himself, his successors and assigns, for and in consideration of the sum of $750.00 (SEVEN HUNDRED FIFTY AND 00/100) paid by the STATE OF CONNECTICUT, herewith release and forever discharge, the State of Connecticut, Department of Correction, Robert Trestman and Helen Dorsey, all of the defendants in the above-captioned matter, all in their individual and official capacities, as well as all other present or former officers, agents and employees of the State of Connecticut, from the following matter:

<u>James McKinnon v. Robert Trestman, et al.</u>
No. 3:02CV2305(WWE)(HBF)
(the above-captioned matter)

IN WITNESS WHEREOF, JAMES McKINNON, does hereby set his hand this 2 day of February, 2004.

\* _James Lu McKinnon_
James McKinnon

Subscribed and sworn to, before me, this ____ day of February, 2004.

NORBERTO LUNA
NOTARY PUBLIC
MY COMMISSION EXPIRES 12/31/2005

\* _[signature]_
Commissioner of the Superior Court
Notary Public
My Commission Expires: 12-31-05

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES McKINNON | : | PRISONER |
| VS. | : | NO. 3:02CV2305(WWE)(HBF) |
| ROBERT TRESTMAN, ET AL. | : | |

### STIPULATION OF DISMISSAL

Pursuant to Fed.R. Civ.P. 41(a)(1), the parties hereby stipulate to the dismissal of this matter with prejudice and without an award of costs.

THE PLAINTIFF,

✱ BY: _____
James McKinnon, Inmate No. 100770
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT 06080

DEFENDANTS,
Robert Trestman and Helen Dorsey

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Lynn D. Wittenbrink
Assistant Attorney General
Federal Bar No.: ct08575
110 Sherman Street
Hartford, CT 06105
Telephone No.: (860) 808-5450
E-mail: lynn.wittenbrink@po.state.ct.us

## CERTIFICATION

I hereby certify that this **STIPULATION OF DISMISSAL** was sent by first-class mail, postage prepaid on this _____ day of _____, 2004 to:

James McKinnon, Inmate No. 100770
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT 06080

Perry Zinn Rowthorn
Assistant Attorney General
Office of the Attorney General
55 Elm Street, PO Box 120
Special Litigation Unit
Hartford, CT 06141-0120

_____
Lynn D. Wittenbrink
Assistant Attorney General

2

## Certification

Plaintiff certify through this attachment that this claim to be true and to the best of my ability

February 17, 2004

Defendants Individual Capacity

Robert Trestman, et al
<u>Helen Dorsey</u>

Lynn. D. Wittenbrink
Assistant Attorney general
55/Elm Street P.O. Box 120
Special Litigation 4th Floor
Hartford CT
06105

By James McKinnon
James McKinnon pro se
18 Walker Reception
1153- East Street S
Soffield CT
06078