70

o2cv2305 stipdism

FILED

2004 FEB 12 P 4:16

## UNITED STATES DISTRICT COURT
### DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES McKINNON | : | PRISONER |
| | : | NO. 3:02CV2305(WWE)(HBF) |
| VS. | : | |
| | : | |
| ROBERT TRESTMAN, ET AL. | : | FEBRUARY 10, 2004 |

### STIPULATION OF DISMISSAL

Pursuant to Fed.R. Civ.P. 41(a)(1), the parties hereby stipulate to the dismissal of this matter with prejudice and without an award of costs.

THE PLAINTIFF,

BY: _____
James McKinnon, Inmate No. 100770
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT 06080

DEFENDANTS,
Robert Trestman and Helen Dorsey

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Lynn D. Wittenbrink
Assistant Attorney General
Federal Bar No.: ct08575
110 Sherman Street
Hartford, CT 06105
Telephone No.: (860) 808-5450
E-mail:   lynn.wittenbrink@po.state.ct.us

APPROVED and SO ORDERED

/s/ Warren W. Eginton
Bridgeport, CT 2/23/04

2004 FEB 23 P 2:01