United States District Court
District of Connecticut

FILED
2004 MAR 22 P 4: 26
U.S. DISTRICT COURT
BRIDGEPORT, CONN

James McKinnon    Civil no. 3:02CV2305

    VS.    (WWE)(HBF)

Robert Trestman, ETaL    March 14, 2004
Helen Dorsey

Defendants Individual Capacity

Plaintiff Motion is To Response To Court Approved Ordere Dated February 23, 2004, with motion that Court ensure The Settlemnt Agreement is paid.

1. Plaintiff James McKinnon pro;se moves This honorable court respectfully To ensure Settlement Agreement, The Stipulation of The dismissal is paid to plaintiff.

                          /s/ James Lee McKinnon
By X _____
James Lee McKinnon pro se
MacDougall-Walker
1153-East Street South
Suffield CT 06078

2. PlainTiff is having Trouble collecting The money Sum of $750.00 Seven Hundred FiFTY which represents The agreed SeTTlemnT Agreement. Subject oF This lawsuiT.

3. PlainTiff has ExhibiT's For courT oF award.

4. ExhibiT ① ② ③ ④ ⑤ ⑥ ⑦ ⑧ ⑨ ⑩ ⑪

By x James McK
James McKinnon
MacDougall-Walker
1153 East STreeT SouTh
SuFField CT 06078

## Certification

I hereby certify that the foregoing was mailed to the defendants attorney of record this 14, Day of March, 2004

### Individual Capacity

Robert Trestman; Et al
Helen Dorsey

---

Lynn D. Wittenbrink
Assistant Attorney General
55, Elm Street P.O. Box 120
Special Litigation 4th floor
Hartford CT 06105

By× *James McK—*
James McKinnon pro se
MacDougall-Walker
1153- East Street South
Suffield CT, 06078

RICHARD BLUMENTHAL
ATTORNEY GENERAL



110 Sherman Street
Hartford, CT 06105

Telephone No.: (860) 808-5450
Fax No.: (860) 808-5591

Office of the Attorney General
# State of Connecticut
## TELEFAX COMMUNICATION

| | |
|---|---|
| **Date:** | February 4, 2004 |
| **To:** | Major Paul Bradnan<br>MacDougall-Walker Correctional Institution |
| **Telefax No.:** | 627-2206 |
| **Number of Pages:** (including this) | 11 |
| **From:** | Lori Corraccio, Secretary for:<br>Lynn D. Wittenbrink, Assistant Attorney General |
| **Telephone No.:** | (860) 808-5450 |
| **Telefax No.:** | (860) 808-5591 |
| **Information faxed by:** | Lori Corraccio (860-808-5470) |
| **RE:** | <u>James McKinnon vs. Robert Trestman, et al.</u><br>No. 3:02CV2305(WWE)(HBF) |

Major Bradnan – Please see the attached memo, letter, Settlement Agreement, Release and Stipulation of Dismissal for Mr. McKinnon's signatures w/dates signed before witness and notary public.
Thanks – Lori ☺

**NOTICE:**  *This telecopy transmission and any accompanying documents may contain confidential or privileged information. They are intended only for use by the individual or entity named on this transmission sheet. If you are not the intended recipient, you are not authorized to disclose, copy, distribute or use in any manner the contents of this information. If you have received this transmission in error, please notify us by telephone immediately so that we can arrange retrieval of the faxed documents.*

Exhibit ① James McKinnon


# MEMORANDUM

via fax transmission only
(627-2206)

To:     Major Paul Bradnan
        MacDougall-Walker Correctional Institution
        1153 East Street South
        Suffield, CT 06080

From:   Lynn D. Wittenbrink
        Assistant Attorney General
        Office of the Attorney General
        110 Sherman Street
        Hartford, CT 06105

Re:     <u>James McKinnon vs. Robert Trestman, et al.</u>
        No. 3:02CV2305(WWE)(HBF)
        Inmate No. 100770

Date:   February 5, 2004

---

Thanks so much for your help! Mr. McKinnon needs to sign in three (3) places. The first place needs a witness and the second place needs to be notarized. Please call me with any questions.

For your convenience I have placed an * next to each place that needs a signature.

Many thanks!!

*Lynn D. Wittenbrink*
Lynn D. Wittenbrink
Assistant Attorney General

LDW:lac

Enclosure

ExhibiT ② James McKin



RICHARD BLUMENTHAL
ATTORNEY GENERAL

MacKenzie Hall
110 Sherman Street
Hartford, CT 06105-2294

Office of The Attorney General
### State of Connecticut

Tel: (860) 808-5450
Fax: (860) 808-5591

February 5, 2004

James McKinnon, Inmate No. 100770
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT 06080

Re: <u>James McKinnon vs. Robert Trestman, et al.</u>
No. 3:02CV2305(WWE)(HBF)
Inmate No. 100770

Dear Mr. McKinnon:

    I enclose the papers for the settlement we have entered into. Please sign as indicated. Please note that the <u>Settlement Agreement</u> requires a witness to your signature and the <u>Release</u> requires that your signature be notarized. For your convenience I put a * where the signatures and dates are needed. When you have signed above your name in the appropriate manner, please return to me and I will sign and send to the Court.

    Thank you.

Very truly yours,

Lynn D. Wittenbrink
Assistant Attorney General

LDW:lac

Enclosures

Exhibit ③ James McK

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JAMES McKINNON                  :      PRISONER
                                :      NO. 3:02CV2305(WWE)(HBF)
VS.                             :
                                :
ROBERT TRESTMAN, ET AL.         :

## SETTLEMENT AGREEMENT

**WHEREAS**, the above-captioned matter was brought by James McKinnon, as the plaintiff against the following persons: Robert Trestman and Helen Dorsey;

**WHEREAS**, the parties agree that settlement of all the issues raised by the above-captioned action would best serve the interests of the parties;

**NOW, THEREFORE**, without further proceedings or adjudication of any of the issues of fact or law raised by the disputed claim(s) herein, and for and in consideration of the promises, agreements, covenants and conditions herein contained, the adequacy and sufficiency of which are hereby acknowledged by each of the parties hereto, the parties stipulate and agree as follows:

1. This Agreement constitutes a compromise and complete settlement of the following matter:

   **James McKinnon v. Robert Trestman, et al.**
   No. 3:02CV2305(WWE)(HBF)
   (the above-captioned matter)

and the allegations contained therein, as against the named defendants, the State of Connecticut, its agencies, agents and/or current or former employees.

Exhibit (4) James McK

Nothing contained herein, nor any actions taken by any party in connection herewith, shall constitute, be construed as, or be deemed to be, an admission of fault, liability, or wrong-doing, and is merely to avoid further litigation with the parties to this action.

2. The plaintiff shall immediately, and with prejudice and without any award of costs or attorneys fees, stipulate to dismiss this action, and shall execute the Release of Liability which is attached hereto as Exhibit A.

✓ 3. Upon the withdrawal and/or stipulated dismissal of this and the other listed actions and execution by the plaintiff of the signed Release of Liability, the State of Connecticut shall, as soon as possible, pay to the plaintiff the sum of $750.00 (SEVEN HUNDRED FIFTY AND 00/100) which represents the agreed upon, through a check made payable to the plaintiff, in full discharge, satisfaction and release of all the claims asserted in connection with this action.

4. The parties expressly acknowledge that this settlement is intend to, and shall, constitute full and final settlement of all claims and/or rights of action which have arisen, or may in the future arise, out of any of the circumstances which are the subject of this lawsuit or in any way connected to this lawsuit. In furtherance thereof, the undersigned plaintiff does now and forever releases the defendants to this and all of the above-listed matters and any present or former officers, agents and employees of the State of Connecticut, Department of Correction and the State of Connecticut itself from any and all further liability whatsoever in connection with the circumstances surrounding the above-captioned and above-listed lawsuit, in accordance with the duly executed Release of Liability which is attached hereto as Exhibit A.



Exhibit ⑤ James McK_____

2

5. The parties further agree that the settlement terms and conditions described herein represent the entire agreement of the parties concerning the settlement of this lawsuit, and that the respective parties will each bear their own costs, fees, and expenses.

6. This Settlement Agreement may be executed in counterpart. A copy or facsimile copy shall be as valid as the original.

THE PLAINTIFF,

\* Dated: 2-5-04

\* _____
James McKinnon

WITNESS,

\* Dated: 2-5-04

\* _____
(Witness Signature)

\* NORBERTO LUNA
(Witness Please Print Name)

DEFENDANTS,
Robert Trestman and Helen Dorsey

RICHARD BLUMENTHAL
ATTORNEY GENERAL

Dated: _____

BY: _____
Lynn D. Wittenbrink
Assistant Attorney General
Federal Bar No.: ct08575
110 Sherman Street
Hartford, CT 06105
Telephone No.: (860) 808-5450
E-mail: lynn.wittenbrink@po.state.ct.us

Exhibit 3 © James McK

## CERTIFICATION

I hereby certify that this **SETTLEMENT AGREEMENT** was sent by first-class mail, postage prepaid on this _____ day of _____, 2004 to:

James McKinnon, Inmate No. 100770
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT 06080

Perry Zinn Rowthorn
Assistant Attorney General
Office of the Attorney General
55 Elm Street, PO Box 120
Special Litigation Unit
Hartford, CT 06141-0120

_____
Lynn D. Wittenbrink
Assistant Attorney General

Exhibit ⑦ /s/ James McK[signature]

# ATTACHMENT "A"

Exhibit 8  *James McK[...]*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JAMES McKINNON             :    PRISONER
                           :    NO. 3:02CV2305(WWE)(HBF)
VS.                        :
                           :
ROBERT TRESTMAN, ET AL.    :

### RELEASE

KNOW ALL TO WHOM THESE PRESENTS SHALL COME OR MAY CONCERN, that

JAMES McKINNON, does on behalf of himself, his successors and assigns, for and in consideration of the sum of $750.00 (SEVEN HUNDRED FIFTY AND 00/100) paid by the STATE OF CONNECTICUT, herewith release and forever discharge, the State of Connecticut, Department of Correction, Robert Trestman and Helen Dorsey, all of the defendants in the above-captioned matter, all in their individual and official capacities, as well as all other present or former officers, agents and employees of the State of Connecticut, from the following matter:

<u>James McKinnon v. Robert Trestman, et al.</u>
No. 3:02CV2305(WWE)(HBF)
(the above-captioned matter)

IN WITNESS WHEREOF, JAMES McKINNON, does hereby set his hand this 2 day of February, 2004.

\* _____
James McKinnon

Subscribed and sworn to, before me, this ____ day of February, 2004.

NORBERTO LUNA
NOTARY PUBLIC
MY COMMISSION EXPIRES 12/31/2005

\* _____
Commissioner of the Superior Court
Notary Public
My Commission Expires: 12-31-05

Exhibit 9   James McK

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAMES McKINNON | : PRISONER |
| VS. | : NO. 3:02CV2305(WWE)(HBF) |
| ROBERT TRESTMAN, ET AL. | : |

### STIPULATION OF DISMISSAL

Pursuant to Fed.R. Civ.P. 41(a)(1), the parties hereby stipulate to the dismissal of this matter with prejudice and without an award of costs.

THE PLAINTIFF,

BY: _____
James McKinnon, Inmate No. 100770
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT 06080

DEFENDANTS,
Robert Trestman and Helen Dorsey

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Lynn D. Wittenbrink
Assistant Attorney General
Federal Bar No.: ct08575
110 Sherman Street
Hartford, CT 06105
Telephone No.: (860) 808-5450
E-mail: lynn.wittenbrink@po.state.ct.us

Exhibit 10 James McK

## CERTIFICATION

I hereby certify that this **STIPULATION OF DISMISSAL** was sent by first-class mail, postage prepaid on this _____ day of _____, 2004 to:

James McKinnon, Inmate No. 100770
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT 06080

Perry Zinn Rowthorn
Assistant Attorney General
Office of the Attorney General
55 Elm Street, PO Box 120
Special Litigation Unit
Hartford, CT 06141-0120

_____
Lynn D. Wittenbrink
Assistant Attorney General

Exhibit (12)  James McKinnon

2