## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

JAMES McKINNON             :      PRISONER

                                        :      NO. 3:02CV2305(WWE)(HBF)

     VS.                                :

                                        :

ROBERT TRESMAN AND HELEN DORSEY      :      MARCH 31, 2004

### <u>OBJECTION TO MOTION TO ENFORCE SETTLEMENT</u>

The defendants object to any and all plaintiff's motions to enforce the settlement agreement in this matter. The defendants attach to this pleading an original "**ACKNOWLEDGEMENT OF PAYMENT**" as **ATTACHMENT A** signed by the plaintiff on March 19, 2004 and the undersigned counsel respectfully represents that the plaintiff was sent a settlement check in the amount of **SEVEN HUNDRED FIFTY DOLLARS AND 00/100 ($750.00)** in this matter and there is nothing further defendants can or should do in order to effect this settlement.

                                             THE DEFENDANTS,
                                             Robert Trestman and Helen Dorsey

                                             RICHARD BLUMENTHAL
                                             ATTORNEY GENERAL

                                             BY: /s/
                                             Lynn D. Wittenbrink
                                             Assistant Attorney General
                                             Federal Bar No. ct08575
                                             110 Sherman Street
                                             Hartford, CT  06105
                                             Telephone No.: (860) 808-5450
                                             Fax No.: (860) 808-5591
                                             lynn.wittenbrink@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid

to the following on this 31st day of March, 2004:

James McKinnon, Inmate No. 100770
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT 06080

Peregrine Zinn Rowthorn
Office of the Attorney General
55 Elm Street, P.O. Box 120
Hartford CT 06141-0120

 /s/
Lynn D. Wittenbrink
Assistant Attorney General

# ATTACHMENT "A"