**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| JAMES McKINNON | : | NO. 3:02CV2305(WWE)(HBF) |
| | : | |
| VS. | : | |
| | : | |
| ROBERT TRESMAN AND HELEN DORSEY | : | MARCH 31, 2004 |

## NOTICE OF MANUAL FILING

Please take notice that defendants, **ROBERT TRESMAN AND HELEN DORSEY**, have manually filed the following document:

**ATTACHMENT A   -   "ACKNOWLEDGEMENT OF PAYMENT**"

These documents have been filed electronically because:

[ X]   The documents cannot be converted to an electronic format.
[  ]   The electronic file size of the document exceeds 1.5 megabytes.
[  ]   The document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 56(b).
[  ]   Plaintiff/Defendant is excused from filing this document or thing by Court order.

The documents have been manually served on all parties.

> Respectfully submitted,
> DEFENDANTS,
> Robert Tresman and Helen Dorsey
>
> RICHARD BLUMENTHAL
> ATTORNEY GENERAL
>
>
> BY: /s/_____
> Lynn D. Wittenbrink
> Assistant Attorney General
> Federal Bar No. ct08575
> 110 Sherman Street
> Hartford, CT  06105
> Telephone No. (860) 808-5450
> Fax no. (860) 808-5591
> lynn.wittenbrink@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid to the following on this 31st day of March, 2004 to:

James McKinnon, Inmate No. 100770
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT  06080

Peregrine Zinn Rowthorn
Office of the Attorney General
55 Elm Street, PO Box 120
Special Litigation
Hartford, CT  06141-0120

    /s/_____
Lynn D. Wittenbrink
Assistant Attorney General