```
              UNITED STATES DISTRICT COURT
                DISTRICT OF CONNECTICUT
```

JAMES McKINNON                  :
                                :           PRISONER
    v.                          :   Case No. 3:02CV2305(WWE)
                                :
ROBERT TRESTMAN, et al.         :

<u>ORDER</u>

On March 22, 2004, plaintiff filed a motion asking the court to enforce the settlement agreement entered into by the parties to this case. The motion is dated March 14, 2004. Plaintiff states that the agreed amount had not been paid. In response, defendant has provided an acknowledgment of payment form signed by plaintiff on March 19, 2004.

In light of this evidence that plaintiff now has received the agreed amount, plaintiff's motion [**doc. #74**] is **DENIED** as moot.

**SO ORDERED** this 14th day of April, 2004, at Bridgeport, Connecticut.

```
                        _____/s/_____
                        Warren W. Eginton
                        Senior United States District Judge
```