United States District Court

District of Connecticut

James McKinnon    Case no. 3:02cv2305

VS.    (WWE)(HBF)

Robert Trestman, ETAL    September 21, 2004
Helen Dorsey

__Defendants' Individual Capacity__

__Plaintiff Motion To Reopen__

The Plaintiff respectfully request this court to Reopen the above motion case since February 5, 2004, Disolace is a factual dispute which must be resolved by an evidentiary Haring, for a preliminary injunction may not be granted, in Lawsuit that mootness was established reasonable likelihood that it will not recur. has returned September 21, 2004.

1. Plaintiff James McKinnon prose request this honorable court to examine the case againt the defendants' plaintiff contend that the facts are so over wheming in support of the allegation which he forwarded in the intert of justice.

Plaintiff:
By James McK
James McKinnon Prose

2. Plaintiff was Transfer To garner Correction from Corrigan Rodgowski Correctional Institution because of medical employee violation Exhibit 'A'.

3. Plaintiff was seeking a preliminary injunction in relief from an order preventing my transfer to this Correctional facility Garner in newtown Connecticut.

4. Required a properly supported motion for preliminary injunction oral argument and testimony.

5. There is no factual dispute which must be resolved by an evidentiary hearing this preliminary injunction may be granted without hearing oral testimoney.

6. Upon review of this record the court determines that oral testimony and argument are not necessary in this case.

7. In this circuit the standard for injunctive relirf is well established to warrant preliminary injunctive relief.

8. The plaintiff moving part demonstrate (1) that irreparably harmed balance of hardships tipping decidedly in plaintiff favor.

Plaintiff:
By: James McK___
James McKinnon

(A) Exhibit A James McE...



## Inmate Request Form
**Connecticut Department of Correction**

CN 9602
Rev. 9/3/02

**Inmate Name:** James Lee McKinnon
**Inmate no.:** 100770
**Facility:** Corrigan
**Housing unit:** F-unit 225-cell
**Date:** September 9, 2004
**Submitted to:** Correctional Officer Rider

**Request:** Please I request to have the medical nurse name that pick up the inmate medical grievances 9,9,c that went to your unit desk and was informing you of the grievances information,

Then you stop him from it because you recognizes my privacy right was violated

Thank you and have a Bless Day

(continue on back if necessary)

**Previous Action Taken**

(continue on back if necessary)

**Acted on by (print name)** | **Title**

**Action Taken and/or Response:** Medical worker — Fred

(continue on back if necessary)

**Staff Member Signature:** [signature]
**Date:** 9-9-04

# Inmate Grievance Form A, Level 1
## Connecticut Department of Correction

James McKinnon
Exhibit (A)
CN 9
1-14

| | |
|---|---|
| Inmate Name: James McKinnon | Inmate No. 100720 |
| Housing Location: Corrigan | Date 9-9-04 |

☐ Line Grievance  ☐ Line Emergency  ☒ Health Service Grievance  ☐ Health Emergency

IGP No. _____  T No. _____

1. **Informal resolution.** Attach a copy of Inmate Request Form (CN9602) containing the appropriate staff member's response, or indicate why the form is not attached:

2. **Nature of grievance.** Indicate the events and reasons that led you to file this grievance. Specify dates, places, personnel involved, and how you were affected. (If you need more space, use one 1/2-by 11-inch sheet of paper and attach to this form.) The medical nurse mr. Fred That pick up The inmate medical grievances on September 9, 2004 - after went up to the office desk name (mr. Rider) This nurse mr. Fred was informing This officer of the grievance medical information, The officer after stop him when he recognizes ThaT inmate privacy right was in violation. Violation of Americans with disabilities Act 1990 inmate, 42.U.S.C. § 12101 - 42.U.S.C. § 12132, 42 U.S.C. § 12131 (1)(AB) emphasis supplied. I have mental Health and medical Disability, This is To much mental personal humiliation and mental anguish from The absence of proper procedures. I have Emotional distress from This due process violation.

3. **Action requested.** Describe what action you want taken to remedy the grievance.
   I'd like To Know how com healthcare was in violation

Inmate Signature: James Lee McKinnon

Remember: Your grievance must be filed within 30 days of the cause of the grievance or within 30 days of the date you became aware of the cause. You may appeal this decision within 5 days. Use Inmate Grievance Form B.

---

## FOR OFFICIAL USE ONLY
## LEVEL 1 REVIEW

14004107

| | | |
|---|---|---|
| Date Received 9/13/04 | Disposition: Reject | Date of Disposition 9/13/04 |

Grievance Issue: Violation of privacy

Reasons: Your rights were Not violated And A discussion of your medical issues did Not take place