# United States District Court
# District of Connecticut

FILED
2004 SEP 28 P 5:12

James McKinnon     Civil no: 3:02CV2305

vs.            (WWE)(HBF)

Robert Trestman, ETAL    September 21, 2004
Helen Dorsey,
Defendants' Individual Capacity

## Affidavit of James McKinnon

I, James McKinnon being Pro,se depose say that:

I am a inmate of the department of Corrections, and have been Sine 2001.

At the Time of this incidents, I was a inmate at the garner Correctional Institution.

On June 28, 2002, I was a inmate at The Garner Correctional Institution as a prison.

Plaintiff:
By x /s/ James McKinnon
James McKinnon prose
garner Correctional
50 nunnawauk Road
newTown CT, 06470

On June 28, 2002 Defendant Robert Trestman release my James McKinnon privacy information medical To inmate Legal Assistance Program, That's protected by Connecticut law.

Also a release of plaintiff mental Health information Connecticut General Statutes § 52-146o, enclosed Stat That a physician surgeon licenend health care provider shall not disclose (1) any communication made to him or her by a patient of mental disease or disorder or (2) any information obtained by examination of a patieat uneless the patieat authorized consents to such disclosure.

On June 28, 2002 Defendant Helen Dorsey release privacy information medical That's protected by Connecticut Law, please see; Conn. Gen Stat. § 19a-581 et seq. (1997).

Also a release of plaintiff mental Health infromation Connecticut General Statutes § 52-146q enclosed Stat That a physician surgeon licened health care provider shall not disclose (1) any communication made to him or her by a patient of mental disease or disorder (2) any information obtained by examination of a patieat uneless the patieat authorized consents to such disclosure.

Plaintiff:
By x James McK_____
James McKinnon

On June 28, 2002 University of Connecticut Health Center department of psychiatry Ph,D Trestman fax Plaintiff James McKinnon information out of my medical records to inmate Legal Assistance Program Boss Jane Starkowski.

Information identifying my mental Health information a breach, also of privacy files that contain my Doe v. meachum that I have not sign for a release of that information.

Oneday plaintiff was on the speker phone with Jane Starkowsk and Attorney staff Jessica York.

Then I ask the person name that sent information it was said Correctional medical Boss Helen Dorsey,

I then sent a Inmate grievance to medical and she said denied, and that it's a saying release is on the fax, then I ask again no identifying 30 days later I ask Attorney York to send me a copy of my paper work, in the paperwork was a fax to Jane Starkowski from Ph.D University of Connecticut Robert Trestman.

Plaintiff:
By James McK_____
James McKinnon

9. Defendants claim for injunctive relief from garner conditions and staff becomes moot because plaintiff was transfer from facility a prison unit where the condition and defendant don't practice. please see: Scher v. Chief Postal Inspector 973 F.2d 682, 683 (8Th Cir. 1992) Dorman v. Thornburgh, 955 F.2d 57, 58 (D.C. Cir 1992) Williams v. Griffin 952 F.2d 820, 823 (4Th Oregon 863 F.2d 630, 632 (9Th Cir. 1988)(claim was moot because the plaintiff had been released and would not again subjected to the alleged violation unless he committed another crime) Moore v. Thierel 862 F.2d 148, 150 (7Th Cir. 1988) injunctive claim was mooted by transfer but could be reinstated if the defendants tried to return the plaintiff) See also Please, Preiser v. Newkirk 422 U.S. 395, 402 95 S.CT 2330 (1975)(Claim of improper transfer was moot after prisoner was returned to original prison).

10. Supported testimony that's necessary for relief plaintiff inventory property was not included to received purposes of transfer removed belonging's and not returned without verification on transferred

~~11~~. Koss head phones Big CL-20
1. head phones that came with radio
2. medical eyeglasses
1. COBY power adapter
1. T.V. Cable cord
1. Shower Shoes
4. T.Shirts ⎫ I'm out
4. underwear ⎭
2. Sweatshirts

Plaintiff:
By x /s/ James McKinnon
James McKinnon

11. Plaintiff James McKinnon is a citizen of United States whose address is Garner Correctional 50 Nunnawauk Road Newtown Connecticut 06470

12. Defendant Robert Trestman is a citizen of United States whose address is University of Connecticut Health Center Department of Psychiatry 263 Farmington Avenue Farmington Connecticut 06030

13. Helen Dorsey Defendant is a citizen of United States whose address is Garner Correctional 50 Nunnawauk Road Newtown Connecticut 06470

Plaintiff:
By: *James McKinnon*
James McKinnon