UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES McKINNON | : | PRISONER |
| | : | NO. 3:02CV2305(WWE)(HBF) |
| VS. | : | |
| | : | |
| ROBERT TRESMAN AND HELEN DORSEY | : | OCTOBER 18, 2004 |

### OBJECTION TO REOPEN

The defendants in the above-captioned matter oppose the plaintiff's Motion To Reopen. This matter was settled in February of this year. A Release was signed by the plaintiff and in accordance with the Settlement Agreement found at Docket No. 71, and a check provided to the plaintiff in that amount. This attempt at reopening a resolved matter is without merit and should be denied.

DEFENDANTS,
Robert Tresman and Helen Dorsey

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:__/s/_____
Lynn D. Wittenbrink
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar No. ct08575
Telephone No.: (860) 808-5450
Fax No.: (860) 808-5591
E-Mail: lynn.wittenbrink@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid to the following on this 18th day of October, 2004:

James McKinnon, Inmate No. 100770
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT  06080

Peregrine Zinn Rowthorn
Office of the Attorney General
55 Elm Street, PO Box 120
Special Litigation
Hartford, CT  06141-0120

    /s/
Lynn D. Wittenbrink
Assistant Attorney General