# United States District Court

## District of Connecticut

James McKinnon  Civil no. 3:02CV2305(WWE)

v.

Robert Trestman, ETAL       November 15, 2004

Helen Dorsey

## Defendant     Individual     Capacity

Plaintiff Motion For Reconsideration To The Court Memorandum Decision Dated October 21, 2004,

By James McKinnon
James McKinnon

Plaintiff Opposition To violation Response From Defendants That was Hand Delivery reply Dated October 26, 2004, That was a unauthorise Release Fax of plaintiff Confidential medical related correspondence To Corrigan Correctional Center warden Michael Lajoie, also This major To hand delivery Confidential Correspondence That a correctional officer came with and he Said Sarry, plaintiff ask For page one The Fax cover officer has not Came back.

Plaintiff

By James McKinnon
James McKinnon prose

1 of 18

1. Plaintiff is an inmate at the Connecticut Department of Correction Corrigan Rodgowski institution 986, Norwich New London Turnpike Uncasville Connecticut, 06382

2. Plaintiff sent to assistant attorney general Lynn Wittenbrink the proper motion to reopen the case, and to have fax privileged mail. To Corrigan Radgowski, Correctional Center Warden Michael Lajoie, Also this major my confidentiality that's has freedom from censorship.

3. Mail to and from attorneys, courts, paralegals and legal organizations must be treated as privileged, please see; Carty v. Fenton 440, F.Supp. 1161, 1163-64 (M.D. Pa. 1977) (mail from state courts is privileged and confidential, also please see, Davidson v. Scully 694 F.2d 50 (2d Cir. 1982) (when sued, prison officials revised their rule to treat mail to ACLU and other legal organizations as privileged).

4. Also this fax release of privacy information that's medical protected by Connecticut Law, please see; Conn. Gen. Stat. § 19a-581 ET seq (1997).
Case 3:02CV2305(WWE) McKinnon v. Trestman.

By: James McKinnon
James McKinnon prose

5. Plaintiff motion to reopen was not from Exhibit 'A' MacDougall-Walker Correctional Institution, 1153 East Street South Suffield Connecticut 06078.

6. The defendant Attorney of record should not have given legal reason why the attempt to send this information to that addresse, burdurdensome. Exhibit 'B'

Plaintiff
Byx James McKin
James McKinnon prose

## Claims For Relief

I have went to Segregation without warrant because of this 14, day's my legal work was investigated without a disiplinary offenses, found not guilty came out of Segregation and was not moved in a cell, on the H-unit office floor as inmates are comeing from Segregation in to unit cell's, I have emotional distress from the absence of proper procedures, psychological damage from when the Correctional officer came with Fax and said he was sorry, was it my medical, personal humiliation and mental anguish from the day's in segregation.

Plaintiff
Byx James McKin
James McKinnon prose

9. Then defendants Attorney of record Sent The Same Privileged mail To plaintiff at proper addresse Corrigan Rodgowski institution 986, Norwich New London Turnpike Uncasville Connecticut 06382  Exhibit(C)

Plaintiff
By: James McK
James McKinnon prose

---

## Concluson

Wherefore: The court should grant plaintiff motion include and order To pay The amount of reasonable expenses in curred because of The violation and attorny fees in The amount of $10,000,00 Dollar

Plaintiff
By: James McK
James McKinnon prose,
Corrigan Rodgowski
Correctional Center
986, Norwich New London Turpike
Uncasville Connecticut
06382

For all The reason set forTh here in with and The attached documents Exhibits The plaintiff respectfully request That This motion To be granted and That Summary be granted in favor of The plaintiff and relief given as required in monetary damages in The amount of $10:000 ºº.

Plaintiff

By: James mck ⟶
James McKinnon Prose

## Certification

I hereby certify That The Foregoing was mailed To The defendants ATTorney of record This 15, Day of november 2004

Defendants   Individual   Capacity

RoberT TresTman, ETAL.
Helen Dorsey
Lynn D. WiTTenbrink
AssisTanT ATTorney general
110, Sherman STreeT
HarTford ConnecTicuT
            06105

Plaintiff

By: James mckin ⟶
James McKinnon Prose
Corrigan Rodgowski
CorrecTional CenTer
986, norwich new London
Turnpike
UncasVille connecTicuT
            06382

RICHARD BLUMENTHAL
ATTORNEY GENERAL



Office of The Attorney General
**State of Connecticut**

MacKenzie Hall
110 Sherman Street
Hartford, CT 06105-2294

*Tel: (860) 808-5450*
*Fax: (860) 808-5591*

October 26, 2004

**HAND-DELIVERY TO:**
James McKinnon, Inmate No. 100770
Corrigan-Radgowski Correctional Center
986 Norwich New London Turnpike
Uncasville, CT 06382

<u>**via fax transmission & first-class mail**</u>
(fax no. 860-848-5821)

Re:    <u>**James McKinnon vs. Robert Tresman and Helen Dorsey**</u>
       No. 3:02CV2305(WWE)(HBF)

Dear Mr. McKinnon:

         The enclosed "Objection To Reopen" was returned to our office by the Post Office because there was no postage on the envelope. Sorry for the inconvenience.

                              Very truly yours,

                              *Lynn D. Wittenbrink*

                              Lynn D. Wittenbrink
                              Assistant Attorney General

LDW:lac

Enclosure

(A)

*Exhibit    James McK.*
                     *6 of 18*

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

JAMES McKINNON            :    PRISONER

                      :    NO. 3:02CV2305(WWE)(HBF)

    VS.            :

                      :

ROBERT TRESMAN AND HELEN DORSEY    :    OCTOBER 18, 2004

### OBJECTION TO REOPEN

The defendants in the above-captioned matter oppose the plaintiff's Motion To Reopen. This matter was settled in February of this year. A Release was signed by the plaintiff and in accordance with the Settlement Agreement found at Docket No. 71, and a check provided to the plaintiff in that amount. This attempt at reopening a resolved matter is without merit and should be denied.

                      DEFENDANTS,
                      Robert Tresman and Helen Dorsey

                      RICHARD BLUMENTHAL
                      ATTORNEY GENERAL

                      BY: _____
                      Lynn D. Wittenbrink
                      Assistant Attorney General
                      110 Sherman Street
                      Hartford, CT 06105
                      Federal Bar No. ct08575
                      Telephone No.: (860) 808-5450
                      Fax No.: (860) 808-5591
                      E-Mail: lynn.wittenbrink@po.state.ct.us

A1

Exhibit James McKin
7 of 18

### CERTIFICATION

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid

to the following on this 18th day of October, 2004:

James McKinnon, Inmate No. 100770
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT 06080

Peregrine Zinn Rowthorn
Office of the Attorney General
55 Elm Street, PO Box 120
Special Litigation
Hartford, CT 06141-0120

Lynn D. Wittenbrink
Assistant Attorney General

(A)

Exhibit

2

8 of 18



9 of 18



**State of Connecticut**

ATTORNEY GENERAL
MACKENZIE HALL
110 SHERMAN STREET
HARTFORD, CT 06105-2294

James McKinnon, Inmate No. 100770
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT 06080- 060078

LEGAL MAIL

LEGAL MAIL

'A' ExhibiT

100f18

State of Connecticut

ATTORNEY GENERAL
MACKENZIE HALL
110 SHERMAN STREET
HARTFORD, CT 06105-2294

**RECEIVED**

OCT 27 2004

LEGAL MAIL
CRCC

06382+1928 03

**legal mail**

James McKinnon, Inmate No. 100770
Corrigan-Radgowski Correctional Center
986 Norwich-New London Turnpike
Uncasville, CT 06382

**legal mail**

12 OF 18

(C)

Exhibit from MKinn

13 of 18





13 of 18

RICHARD BLUMENTHAL
ATTORNEY GENERAL



MacKenzie Hall
110 Sherman Street
Hartford, CT 06105-2294

*Tel: (860) 808-5450*
*Fax: (860) 808-5591*

Office of The Attorney General
## State of Connecticut

October 26, 2004

**HAND-DELIVERY TO:**
James McKinnon, Inmate No. 100770
Corrigan-Radgowski Correctional Center
986 Norwich New London Turnpike
Uncasville, CT 06382

<u>**via fax transmission & first-class mail**</u>
(fax no. 860-848-5821)

Re:    <u>**James McKinnon vs. Robert Tresman and Helen Dorsey**</u>
No. 3:02CV2305(WWE)(HBF)

Dear Mr. McKinnon:

The enclosed "Objection To Reopen" was returned to our office by the Post Office because there was no postage on the envelope. Sorry for the inconvenience.

Very truly yours,

Lynn D. Wittenbrink
Assistant Attorney General

LDW:lac

Enclosure

Exhibit 'C' James McK
14 of 18

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES McKINNON | : | PRISONER |
| | : | NO. 3:02CV2305(WWE)(HBF) |
| VS. | : | |
| | : | |
| ROBERT TRESMAN AND HELEN DORSEY | : | OCTOBER 18, 2004 |

### OBJECTION TO REOPEN

The defendants in the above-captioned matter oppose the plaintiff's Motion To Reopen. This matter was settled in February of this year. A Release was signed by the plaintiff and in accordance with the Settlement Agreement found at Docket No. 71, and a check provided to the plaintiff in that amount. This attempt at reopening a resolved matter is without merit and should be denied.

DEFENDANTS,
Robert Tresman and Helen Dorsey

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Lynn D. Wittenbrink
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar No. ct08575
Telephone No.: (860) 808-5450
Fax No.: (860) 808-5591
E-Mail:  lynn.wittenbrink@po.state.ct.us

*Exhibit 'C'* from McK

15 of 18

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid

to the following on this 18th day of October, 2004:

James McKinnon, Inmate No. 100770
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT  06080

Peregrine Zinn Rowthorn
Office of the Attorney General
55 Elm Street, PO Box 120
Special Litigation
Hartford, CT  06141-0120

Lynn D. Wittenbrink
Assistant Attorney General

exhibit C' from McK

16 of 18





State of Connecticut

ATTORNEY GENERAL
MACKENZIE HALL
110 SHERMAN STREET
HARTFORD, CT 06105-2294

James McKinnon, Inmate No. 100770
MacDougall-Walker Correctional Institution
1153 East Street South
Suffield, CT 06080  06078

**LEGAL MAIL**          **LEGAL MAIL**

(C) (B) ExhibiT James McK

18 oof 18